UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE : | |
| DONNY M SCHNEIDER, : | |
| MELINDA SUE SCHNEIDER : | |
|    Debtor : | |
| : | |
| : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS, : | |
| CHAPTER 13 TRUSTEE, : | |
|    Movant : | |
| : | |
| vs. : | CASE NO. 1:25-bk-03173-HWV |
| : | |
| DONNY M SCHNEIDER, : | |
| MELINDA SUE SCHNEIDER : | |
|    Respondent : | |

**TRUSTEE'S MOTION TO DISMISS CASE
FOR FAILURE TO OBTAIN CREDIT COUNSELING**

AND NOW, on November 7, 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, by and through his Attorney Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason:

    1.    On November 04, 2025, the Debtor(s) filed a Petition under Chapter 13 in the Middle District of Pennsylvania.

    2.    Debtor(s) did not comply with the credit counseling requirements of §§ 109(h) and 521(b), and therefore, do not qualify as a debtor under the Bankruptcy Code.

WHEREFORE, the Trustee respectfully requests that this Honorable Court enter an Order dismissing the above-captioned case.

Respectfully submitted:

/s/ Douglas R. Roeder, Esquire
Attorney ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos,
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE : | |
| DONNY M SCHNEIDER, : | |
| MELINDA SUE SCHNEIDER : | |
| Debtor : | |
| : | |
| : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS, : | |
| CHAPTER 13 TRUSTEE, : | |
| Movant : | |
| : | |
| vs. : | CASE NO. 1:25-bk-03173-HWV |
| : | |
| DONNY M SCHNEIDER, : | |
| MELINDA SUE SCHNEIDER : | |
| Respondent : | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss Case, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED. The Court retains jurisdiction to rule on any timely filed fee applications.

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE : | |
| DONNY M SCHNEIDER, : | |
| MELINDA SUE SCHNEIDER : | |
|     Debtor : | |
| : | |
| : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS, : | |
| CHAPTER 13 TRUSTEE, : | |
|     Movant : | |
| : | |
| vs. : | CASE NO. 1:25-bk-03173-HWV |
| : | |
| DONNY M SCHNEIDER, : | |
| MELINDA SUE SCHNEIDER : | |
|     Respondent : | |

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss your Chapter 13 bankruptcy filing.

If you object to the relief requested, you must file a written objection/response on or before **November 28, 2025**, with the Clerk of Bankruptcy Court:

    Sylvia H. Rambo U.S. Courthouse
    1501 North 6th Street
    Harrisburg, PA 17102

and serve a copy on the Chapter 13 Trustee for the Middle District of Pennsylvania:

    Jack N. Zaharopoulos
    Office of the Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036.

If no objections are filed, an order may be entered dismissing the case.

                                       Respectfully submitted,

Date: November 7, 2025          /s/ Douglas R. Roeder, Esquire
                                       Attorney ID: 80016
                                       Attorney for Trustee
                                       Jack N. Zaharopoulos,
                                       Standing Chapter 13 Trustee
                                       8125 Adams Drive, Suite A
                                       Hummelstown, PA 17036
                                       Phone: (717) 566-6097
                                       Email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE<br>DONNY M SCHNEIDER,<br>MELINDA SUE SCHNEIDER<br>    Debtor | :<br>:<br>:<br>:<br>: | |
| JACK N. ZAHAROPOULOS,<br>CHAPTER 13 TRUSTEE,<br>    Movant | :<br>:<br>:<br>: | CHAPTER 13 |
| vs. | :<br>: | CASE NO. 1:25-bk-03173-HWV |
| DONNY M SCHNEIDER,<br>MELINDA SUE SCHNEIDER<br>    Respondent | :<br>:<br>: | |

## CERTIFICATE OF SERVICE

AND NOW, this 07th day of November, 2025, I hereby certify that I have served the foregoing by electronically notifying parties or by depositing a true and correct copy of the same in the United States mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

**_VIA ELECTRONIC MAIL SERVICE ONLY_**
Chad Julius, Esquire
Law Offices of Leslie D Jacobson
8150 Derry St
Harrisburg PA 17111

D. Troy Sellars,
Assistant United States Trustee
Office of The United States Trustee
Sylvia H. Rambo United States Courthouse
1501 North 6th Street
Harrisburg, PA 17102

**_VIA FIRST-CLASS U.S.P.S. MAIL ONLY_**
Brad D Sterner and Alicia M Sterner
3120 Herr Street
Mechanicsburg, PA 17055

                                          /s/ Liz Joyce
                                          Office of Jack N. Zaharopoulos
                                          Standing Chapter 13 Trustee