

Highmark Inc  1800 Center Street Camp Hill, PA 17011  +1 (412) 5447000
Melinda Schneider  19 Wild Rose Lane Mechanicsburg, PA 17050

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Melinda Schneider | Highmark Inc | | 09/21/2025 | 10/04/2025 | 10/10/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 64.00 | 4,813.72 | 187.96 | 498.90 | 3,002.58 |
| YTD | 1,436.00 | 110,426.94 | 9,175.44 | 10,506.90 | 65,428.17 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| GTL Imputed Incom | 09/21/2025 - 10/04/2025 | 0 | 0 | 5.12 | 0 | 106.32 |
| Gift Certificate (Gros | | | 0 | | 0 | 48.85 |
| Holiday Full Time | | | 0 | | 56 | 3,279.14 |
| Incentive Comp | | | 0 | | 0 | 10,261.19 |
| Medical Credit | 09/21/2025 - 10/04/2025 | 0 | 0 | 50.00 | 0 | 1,050.00 |
| PTO Scheduled - Ti | 09/21/2025 - 10/04/2025 | 16 | 59.5464 | 952.75 | 188 | 11,118.47 |
| Salary Base Pay | 09/21/2025 - 10/04/2025 | 64 | 0 | 3,810.97 | 1436 | 84,669.29 |
| Earnings | | | | 4,818.84 | | 110,533.26 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 287.12 | 6,608.34 |
| Medicare | 67.15 | 1,545.50 |
| Federal Withholding | 543.99 | 11,964.19 |
| State Tax - PA | 142.01 | 3,268.91 |
| SUI-Employee Paid - PA | 3.37 | 77.30 |
| City Tax - EPNSB | 78.64 | 157.28 |
| City Tax - SLVRS | | 1,652.91 |
| PA LST - EPNSB | 2.00 | 4.00 |
| PA LST - SLVRS | | 38.00 |
| Employee Taxes | 1,124.28 | 25,316.43 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | | 5,228.28 |
| Dental-Pre Tax | 16.61 | 348.81 |
| HSA - Employee Contribution | 50.00 | 1,050.00 |
| Medical-Pre Tax | 115.16 | 2,418.36 |
| Vision Pre-Tax | 6.19 | 129.99 |
| Pre Tax Deductions | 187.96 | 9,175.44 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan A | 141.88 | 2,979.48 |
| 401(k) Loan B | 348.37 | 7,315.77 |
| Gift Certificate | | 30.00 |
| Health PAC | 8.00 | 168.00 |
| Life - Child | 0.65 | 13.65 |
| Post Tax Deductions | 498.90 | 10,506.90 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Combined Match | | 4,182.60 |
| Co Paid Health | 825.40 | 17,333.40 |
| Co Paid LTD | 13.63 | 283.89 |
| Co Paid Life | 3.15 | 65.67 |
| Co Paid STD | 1.56 | 32.76 |
| HSA - Employer Contribution | | 1,500.00 |
| Employer Paid Benefits | 843.74 | 23,398.32 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,630.88 | 106,586.10 |
| Medicare - Taxable Wages | 4,630.88 | 106,586.10 |
| Federal Withholding - Taxable Wages | 4,630.88 | 101,357.82 |
| State Tax Taxable Wages - PA | 4,625.76 | 106,479.78 |
| City Tax Taxable Wages - EPNSB | 4,625.76 | 9,251.52 |
| City Tax Taxable Wages - SLVRS | 0.00 | 97,228.26 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 4000 | |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Highmark PTO Plan | 0 | 16 | 100 |
| Volunteer Day Plan | 0 | 0 | 8 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| PSECU | Personal Account | ******7250 | | 577.58 | USD |
| AmeriChoice | AmeriChoice | ******0116 | | 500.00 | USD |
| Pennsylvania State Empl CU | Pennsylvania State Empl CU ******0806 | ******0806 | | 1,925.00 | USD |



Highmark Inc  1800 Center Street Camp Hill, PA 17011  +1 (412) 5447000
Melinda Schneider  19 Wild Rose Lane Mechanicsburg, PA 17050

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Melinda Schneider | Highmark Inc | | 09/07/2025 | 09/20/2025 | 09/26/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 80.00 | 4,813.72 | 426.15 | 498.90 | 2,818.38 |
| YTD | 1,372.00 | 105,613.22 | 8,987.48 | 10,008.00 | 62,425.59 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| GTL Imputed Incom | 09/07/2025 - 09/20/2025 | 0 | 0 | 5.12 | 0 | 101.20 |
| Gift Certificate (Gro: | | | 0 | | 0 | 48.85 |
| Holiday Full Time | | | 0 | | 56 | 3,279.14 |
| Incentive Comp | | | 0 | | 0 | 10,261.19 |
| Medical Credit | 09/07/2025 - 09/20/2025 | 0 | 0 | 50.00 | 0 | 1,000.00 |
| PTO Scheduled - Ti | | | 0 | | 172 | 10,165.72 |
| Salary Base Pay | 09/07/2025 - 09/20/2025 | 80 | 0 | 4,763.72 | 1372 | 80,858.32 |
| Earnings | | | | 4,818.84 | | 105,714.42 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 287.11 | 6,321.22 |
| Medicare | 67.15 | 1,478.35 |
| Federal Withholding | 490.01 | 11,420.20 |
| State Tax - PA | 142.01 | 3,126.90 |
| SUI-Employee Paid - PA | 3.37 | 73.93 |
| City Tax - EPNSB | 78.64 | 78.64 |
| City Tax - SLVRS | | 1,652.91 |
| PA LST - EPNSB | 2.00 | 2.00 |
| PA LST - SLVRS | | 38.00 |
| Employee Taxes | 1,070.29 | 24,192.15 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 238.19 | 5,228.28 |
| Dental-Pre Tax | 16.61 | 332.20 |
| HSA - Employee Contribution | 50.00 | 1,000.00 |
| Medical-Pre Tax | 115.16 | 2,303.20 |
| Vision Pre-Tax | 6.19 | 123.80 |
| Pre Tax Deductions | 426.15 | 8,987.48 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan A | 141.88 | 2,837.60 |
| 401(k) Loan B | 348.37 | 6,967.40 |
| Gift Certificate | | 30.00 |
| Health PAC | 8.00 | 160.00 |
| Life - Child | 0.65 | 13.00 |
| Post Tax Deductions | 498.90 | 10,008.00 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Combined Match | 190.55 | 4,182.60 |
| Co Paid Health | 825.40 | 16,508.00 |
| Co Paid LTD | 13.63 | 270.26 |
| Co Paid Life | 3.15 | 62.52 |
| Co Paid STD | 1.56 | 31.20 |
| HSA - Employer Contribution | | 1,500.00 |
| Employer Paid Benefits | 1,034.29 | 22,554.58 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,630.88 | 101,955.22 |
| Medicare - Taxable Wages | 4,630.88 | 101,955.22 |
| Federal Withholding - Taxable Wages | 4,392.69 | 96,726.94 |
| State Tax Taxable Wages - PA | 4,625.76 | 101,854.02 |
| City Tax Taxable Wages - EPNSB | 4,625.76 | 4,625.76 |
| City Tax Taxable Wages - SLVRS | 0.00 | 97,228.26 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 4000 | |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Highmark PTO Plan | 0 | 0 | 116 |
| Volunteer Day Plan | 0 | 0 | 8 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| PSECU | Personal Account | ******7250 | | 393.38 | USD |
| AmeriChoice | AmeriChoice | ******0116 | | 500.00 | USD |
| Pennsylvania State Empl CU | Pennsylvania State Empl CU ******0806 | ******0806 | | 1,925.00 | USD |



Highmark Inc  1800 Center Street Camp Hill, PA 17011  +1 (412) 5447000
Melinda Schneider  19 Wild Rose Lane Mechanicsburg, PA 17050

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Melinda Schneider | Highmark Inc | | 08/24/2025 | 09/06/2025 | 09/12/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 32.00 | 4,813.73 | 426.15 | 498.90 | 2,818.39 |
| YTD | 1,292.00 | 100,799.50 | 8,561.33 | 9,509.10 | 59,607.21 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| GTL Imputed Incom | 08/24/2025 - 09/06/2025 | 0 | 0 | 5.12 | 0 | 96.08 |
| Gift Certificate (Gros | | | 0 | | 0 | 48.85 |
| Holiday Full Time | 08/24/2025 - 09/06/2025 | 8 | 59.5464 | 476.38 | 56 | 3,279.14 |
| Incentive Comp | | | 0 | | 0 | 10,281.19 |
| Medical Credit | 08/24/2025 - 09/06/2025 | 0 | 0 | 50.00 | 0 | 950.00 |
| PTO Scheduled - Ti | 08/24/2025 - 09/06/2025 | 40 | 59.5464 | 2,381.86 | 172 | 10,165.72 |
| Salary Base Pay | 08/24/2025 - 09/06/2025 | 32 | 0 | 1,905.49 | 1292 | 76,094.60 |
| Earnings | | | | 4,818.85 | | 100,895.58 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 287.12 | 6,034.11 |
| Medicare | 67.14 | 1,411.20 |
| Federal Withholding | 490.01 | 10,930.19 |
| State Tax - PA | 142.01 | 2,984.89 |
| SUI-Employee Paid - PA | 3.37 | 70.56 |
| City Tax - SLVRS | 78.64 | 1,652.91 |
| PA LST - SLVRS | 2.00 | 38.00 |
| Employee Taxes | 1,070.29 | 23,121.86 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 238.19 | 4,990.09 |
| Dental-Pre Tax | 16.61 | 315.59 |
| HSA - Employee Contribution | 50.00 | 950.00 |
| Medical-Pre Tax | 115.16 | 2,188.04 |
| Vision Pre-Tax | 6.19 | 117.61 |
| Pre Tax Deductions | 426.15 | 8,561.33 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan A | 141.88 | 2,695.72 |
| 401(k) Loan B | 348.37 | 6,619.03 |
| Gift Certificate | | 30.00 |
| Health PAC | 8.00 | 152.00 |
| Life - Child | 0.65 | 12.35 |
| Post Tax Deductions | 498.90 | 9,509.10 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Combined Match | 190.55 | 3,992.05 |
| Co Paid Health | 825.40 | 15,682.60 |
| Co Paid LTD | 13.63 | 256.63 |
| Co Paid Life | 3.15 | 59.37 |
| Co Paid STD | 1.56 | 29.64 |
| HSA - Employer Contribution | | 1,500.00 |
| Employer Paid Benefits | 1,034.29 | 21,520.29 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,630.89 | 97,324.34 |
| Medicare - Taxable Wages | 4,630.89 | 97,324.34 |
| Federal Withholding - Taxable Wages | 4,392.70 | 92,334.25 |
| State Tax Taxable Wages - PA | 4,625.77 | 97,228.26 |
| City Tax Taxable Wages - SLVRS | 4,625.77 | 97,228.26 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 4000 | |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Highmark PTO Plan | 0 | 40 | 116 |
| Volunteer Day Plan | 0 | 0 | 8 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| PSECU | Personal Account | ******7250 | | 393.39 | USD |
| AmeriChoice | AmeriChoice | ******0116 | | 500.00 | USD |
| Pennsylvania State Empl CU | Pennsylvania State Empl CU ******0806 | ******0806 | | 1,925.00 | USD |



| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Melinda Schneider | Highmark Inc | | | | 08/10/2025 | 08/23/2025 | 08/29/2025 | |

Highmark Inc  1800 Center Street Camp Hill, PA 17011  +1 (412) 5447000
Melinda Schneider  19 Wild Rose Lane Mechanicsburg, PA 17050

| | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 56.00 | 4,813.72 | 426.15 | 498.90 | 2,818.38 |
| YTD | 1,260.00 | 95,985.77 | 8,135.18 | 9,010.20 | 56,788.82 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| GTL Imputed Incom | 08/10/2025 - 08/23/2025 | 0 | 0 | 5.12 | 0 | 90.96 | OASDI | 287.11 | 5,746.99 |
| Gift Certificate (Gros | | | 0 | | 0 | 48.85 | Medicare | 67.15 | 1,344.06 |
| Holiday Full Time | | | 0 | | 48 | 2,802.76 | Federal Withholding | 490.01 | 10,440.18 |
| Incentive Comp | | | 0 | | 0 | 10,261.19 | State Tax - PA | 142.01 | 2,842.88 |
| Medical Credit | 08/10/2025 - 08/23/2025 | 0 | 0 | 50.00 | 0 | 900.00 | SUI-Employee Paid - PA | 3.37 | 67.19 |
| PTO Scheduled - Ti | 08/10/2025 - 08/23/2025 | 24 | 59.5464 | 1,429.12 | 132 | 7,783.86 | City Tax - SLVRS | 78.64 | 1,574.27 |
| Salary Base Pay | 08/10/2025 - 08/23/2025 | 56 | 0 | 3,334.60 | 1260 | 74,189.11 | PA LST - SLVRS | 2.00 | 36.00 |
| Earnings | | | | 4,818.84 | | 96,076.73 | Employee Taxes | 1,070.29 | 22,051.57 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Pre-Tax | 238.19 | 4,751.90 | 401(k) Loan A | 141.88 | 2,553.84 |
| Dental-Pre Tax | 16.61 | 298.98 | 401(k) Loan B | 348.37 | 6,270.66 |
| HSA - Employee Contribution | 50.00 | 900.00 | Gift Certificate | | 30.00 |
| Medical-Pre Tax | 115.16 | 2,072.88 | Health PAC | 8.00 | 144.00 |
| Vision Pre-Tax | 6.19 | 111.42 | Life - Child | 0.65 | 11.70 |
| Pre Tax Deductions | 426.15 | 8,135.18 | Post Tax Deductions | 498.90 | 9,010.20 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Combined Match | 190.55 | 3,801.50 | OASDI - Taxable Wages | 4,630.88 | 92,693.45 |
| Co Paid Health | 825.40 | 14,857.20 | Medicare - Taxable Wages | 4,630.88 | 92,693.45 |
| Co Paid LTD | 13.63 | 243.00 | Federal Withholding - Taxable Wages | 4,392.69 | 87,941.55 |
| Co Paid Life | 3.15 | 56.22 | State Tax Taxable Wages - PA | 4,625.76 | 92,602.49 |
| Co Paid STD | 1.56 | 28.08 | City Tax Taxable Wages - SLVRS | 4,625.76 | 92,602.49 |
| HSA - Employer Contribution | | 1,500.00 | | | |
| Employer Paid Benefits | 1,034.29 | 20,486.00 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Highmark PTO Plan | 0 | 24 | 156 |
| Total Dependent Amount | 4000 | | Volunteer Day Plan | 0 | 0 | 8 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| PSECU | Personal Account | ******7250 | | 393.38 USD |
| AmeriChoice | AmeriChoice | ******0116 | | 500.00 USD |
| Pennsylvania State Empl CU | Pennsylvania State Empl CU ******0806 | ******0806 | | 1,925.00 USD |



Highmark Inc  1800 Center Street Camp Hill, PA 17011  +1 (412) 5447000
Melinda Schneider  19 Wild Rose Lane Mechanicsburg, PA 17050

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Melinda Schneider | Highmark Inc | | 07/27/2025 | 08/09/2025 | 08/15/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 80.00 | 4,813.72 | 426.15 | 498.90 | 2,818.37 |
| YTD | 1,204.00 | 91,172.05 | 7,709.03 | 8,511.30 | 53,970.44 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| GTL Imputed Incom | 07/27/2025 - 08/09/2025 | 0 | 0 | 5.12 | 0 | 85.84 |
| Gift Certificate (Gros | | | 0 | | 0 | 48.85 |
| Holiday Full Time | | | 0 | | 48 | 2,802.76 |
| Incentive Comp | | | 0 | | 0 | 10,261.19 |
| Medical Credit | 07/27/2025 - 08/09/2025 | 0 | 0 | 50.00 | 0 | 850.00 |
| PTO Scheduled - Ti | | | 0 | | 108 | 6,354.74 |
| Salary Base Pay | 07/27/2025 - 08/09/2025 | 80 | 0 | 4,763.72 | 1204 | 70,854.51 |
| Earnings | | | | 4,818.84 | | 91,257.89 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 287.12 | 5,459.88 |
| Medicare | 67.15 | 1,276.91 |
| Federal Withholding | 490.01 | 9,950.17 |
| State Tax - PA | 142.01 | 2,700.87 |
| SUI-Employee Paid - PA | 3.37 | 63.82 |
| City Tax - SLVRS | 78.64 | 1,495.63 |
| PA LST - SLVRS | 2.00 | 34.00 |
| Employee Taxes | 1,070.30 | 20,981.28 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 238.19 | 4,513.71 |
| Dental-Pre Tax | 16.61 | 282.37 |
| HSA - Employee Contribution | 50.00 | 850.00 |
| Medical-Pre Tax | 115.16 | 1,957.72 |
| Vision Pre-Tax | 6.19 | 105.23 |
| Pre Tax Deductions | 426.15 | 7,709.03 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan A | 141.88 | 2,411.96 |
| 401(k) Loan B | 348.37 | 5,922.29 |
| Gift Certificate | | 30.00 |
| Health PAC | 8.00 | 136.00 |
| Life - Child | 0.65 | 11.05 |
| Post Tax Deductions | 498.90 | 8,511.30 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Combined Match | 190.55 | 3,610.95 |
| Co Paid Health | 825.40 | 14,031.80 |
| Co Paid LTD | 13.63 | 229.37 |
| Co Paid Life | 3.15 | 53.07 |
| Co Paid STD | 1.56 | 26.52 |
| HSA - Employer Contribution | | 1,500.00 |
| Employer Paid Benefits | 1,034.29 | 19,451.71 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,630.88 | 88,062.57 |
| Medicare - Taxable Wages | 4,630.88 | 88,062.57 |
| Federal Withholding - Taxable Wages | 4,392.69 | 83,548.86 |
| State Tax Taxable Wages - PA | 4,625.76 | 87,976.73 |
| City Tax Taxable Wages - SLVRS | 4,625.76 | 87,976.73 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 4000 | |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Highmark PTO Plan | 0 | 0 | 180 |
| Volunteer Day Plan | 0 | 0 | 8 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| PSECU | Personal Account | ******7250 | | 393.37 | USD |
| AmeriChoice | AmeriChoice | ******0116 | | 500.00 | USD |
| Pennsylvania State Empl CU | Pennsylvania State Empl CU ******0806 | *****0806 | | 1,925.00 | USD |



Highmark Inc  1800 Center Street Camp Hill, PA 17011  +1 (412) 5447000
Melinda Schneider  19 Wild Rose Lane Mechanicsburg, PA 17050

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Melinda Schneider | Highmark Inc | | 07/13/2025 | 07/26/2025 | 08/01/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 52.00 | 4,813.72 | 426.15 | 498.90 | 2,820.38 |
| YTD | 1,124.00 | 86,358.33 | 7,282.88 | 8,012.40 | 51,152.07 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| GTL Imputed Incom | 07/13/2025 - 07/26/2025 | 0 | 0 | 5.12 | 0 | 80.72 |
| Gift Certificate (Gros | | | 0 | | 0 | 48.85 |
| Holiday Full Time | | | 0 | | 48 | 2,802.76 |
| Incentive Comp | | | 0 | | 0 | 10,261.19 |
| Medical Credit | 07/13/2025 - 07/26/2025 | 0 | 0 | 50.00 | 0 | 800.00 |
| PTO Scheduled - Ti | 07/13/2025 - 07/26/2025 | 28 | 59.5464 | 1,667.30 | 108 | 6,354.74 |
| Salary Base Pay | 07/13/2025 - 07/26/2025 | 52 | 0 | 3,096.42 | 1124 | 66,090.79 |
| Earnings | | | | 4,818.84 | | 86,439.05 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 287.11 | 5,172.76 |
| Medicare | 67.15 | 1,209.76 |
| Federal Withholding | 490.01 | 9,460.16 |
| State Tax - PA | 142.01 | 2,558.86 |
| SUI-Employee Paid - PA | 3.37 | 60.45 |
| City Tax - SLVRS | 78.64 | 1,416.99 |
| PA LST - SLVRS | | 32.00 |
| Employee Taxes | 1,068.29 | 19,910.98 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 238.19 | 4,275.52 |
| Dental-Pre Tax | 16.61 | 265.76 |
| HSA - Employee Contribution | 50.00 | 800.00 |
| Medical-Pre Tax | 115.16 | 1,842.56 |
| Vision Pre-Tax | 6.19 | 99.04 |
| Pre Tax Deductions | 426.15 | 7,282.88 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan A | 141.88 | 2,270.08 |
| 401(k) Loan B | 348.37 | 5,573.92 |
| Gift Certificate | | 30.00 |
| Health PAC | 8.00 | 128.00 |
| Life - Child | 0.65 | 10.40 |
| Post Tax Deductions | 498.90 | 8,012.40 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Combined Match | 190.55 | 3,420.40 |
| Co Paid Health | 825.40 | 13,206.40 |
| Co Paid LTD | 13.63 | 215.74 |
| Co Paid Life | 3.15 | 49.92 |
| Co Paid STD | 1.56 | 24.96 |
| HSA - Employer Contribution | | 1,500.00 |
| Employer Paid Benefits | 1,034.29 | 18,417.42 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,630.88 | 83,431.69 |
| Medicare - Taxable Wages | 4,630.88 | 83,431.69 |
| Federal Withholding - Taxable Wages | 4,392.69 | 79,156.17 |
| State Tax Taxable Wages - PA | 4,625.76 | 83,350.97 |
| City Tax Taxable Wages - SLVRS | 4,625.76 | 83,350.97 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 4000 | |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Highmark PTO Plan | 0 | 28 | 180 |
| Volunteer Day Plan | 0 | 0 | 8 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| PSECU | Personal Account | ******7250 | | 395.38 | USD |
| AmeriChoice | AmeriChoice | ******0116 | | 500.00 | USD |
| Pennsylvania State Empl CU | Pennsylvania State Empl CU ******0806 | ******0806 | | 1,925.00 | USD |



Highmark Inc  1800 Center Street Camp Hill, PA 17011  +1 (412) 5447000
Melinda Schneider  19 Wild Rose Lane Mechanicsburg, PA 17050

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Melinda Schneider | Highmark Inc | | 07/13/2025 | 07/26/2025 | 08/01/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 0.00 | 48.85 | 0.00 | 30.00 | 0.00 |
| YTD | 1,072.00 | 81,544.61 | 6,856.73 | 7,513.50 | 48,331.69 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| GTL Imputed Incom | | | 0 | | 0 | 75.60 |
| Gift Certificate (Gro | 07/13/2025 - 07/26/2025 | 0 | 0 | 48.85 | 0 | 48.85 |
| Holiday Full Time | | | 0 | | 48 | 2,802.76 |
| Incentive Comp | | | 0 | | 0 | 10,261.19 |
| Medical Credit | | | 0 | | 0 | 750.00 |
| PTO Scheduled - Ti | | | 0 | | 80 | 4,687.44 |
| Salary Base Pay | | | 0 | | 1072 | 62,994.37 |
| Earnings | | | | 48.85 | | 81,620.21 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 3.03 | 4,885.65 |
| Medicare | 0.71 | 1,142.61 |
| Federal Withholding | 10.75 | 8,970.15 |
| State Tax - PA | 1.50 | 2,416.85 |
| SUI-Employee Paid - PA | 0.03 | 57.08 |
| City Tax - SLVRS | 0.83 | 1,338.35 |
| PA LST - SLVRS | 2.00 | 32.00 |
| Employee Taxes | 18.85 | 18,842.69 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | | 4,037.33 |
| Dental-Pre Tax | | 249.15 |
| HSA - Employee Contribution | | 750.00 |
| Medical-Pre Tax | | 1,727.40 |
| Vision Pre-Tax | | 92.85 |
| Pre Tax Deductions | 0.00 | 6,856.73 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan A | | 2,128.20 |
| 401(k) Loan B | | 5,225.55 |
| Gift Certificate | 30.00 | 30.00 |
| Health PAC | | 120.00 |
| Life - Child | | 9.75 |
| Post Tax Deductions | 30.00 | 7,513.50 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Combined Match | | 3,229.85 |
| Co Paid Health | | 12,381.00 |
| Co Paid LTD | | 202.11 |
| Co Paid Life | | 46.77 |
| Co Paid STD | | 23.40 |
| HSA - Employer Contribution | | 1,500.00 |
| Employer Paid Benefits | 0.00 | 17,383.13 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 48.85 | 78,800.81 |
| Medicare - Taxable Wages | 48.85 | 78,800.81 |
| Federal Withholding - Taxable Wages | 48.85 | 74,763.48 |
| State Tax Taxable Wages - PA | 48.85 | 78,725.21 |
| City Tax Taxable Wages - SLVRS | 48.85 | 78,725.21 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 4000 | |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Highmark PTO Plan | 0 | 28 | 180 |
| Volunteer Day Plan | 0 | 0 | 8 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| PSECU | Personal Account | ******7250 | | 0.00 | USD |



Highmark Inc   1800 Center Street Camp Hill, PA 17011   +1 (412) 5447000
Melinda Schneider   19 Wild Rose Lane Mechanicsburg, PA 17050

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Melinda Schneider | Highmark Inc | | 06/29/2025 | 07/12/2025 | 07/18/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 48.00 | 4,813.73 | 426.15 | 498.90 | 2,818.40 |
| YTD | 1,072.00 | 81,495.76 | 6,856.73 | 7,483.50 | 48,331.69 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| GTL Imputed Incom | 06/29/2025 - 07/12/2025 | 0 | 0 | 5.12 | 0 | 75.60 |
| Holiday Full Time | 06/29/2025 - 07/12/2025 | 8 | 59.5464 | 476.38 | 48 | 2,802.76 |
| Incentive Comp | | | 0 | | 0 | 10,261.19 |
| Medical Credit | 06/29/2025 - 07/12/2025 | 0 | 0 | 50.00 | 0 | 750.00 |
| PTO Scheduled - Ti | 06/29/2025 - 07/12/2025 | 24 | 59.5464 | 1,429.12 | 80 | 4,687.44 |
| Salary Base Pay | 06/29/2025 - 07/12/2025 | 48 | 0 | 2,858.23 | 1072 | 62,994.37 |
| Earnings | | | | 4,818.85 | | 81,571.36 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 287.11 | 4,882.62 |
| Medicare | 67.14 | 1,141.90 |
| Federal Withholding | 490.01 | 8,959.40 |
| State Tax - PA | 142.01 | 2,415.35 |
| SUI-Employee Paid - PA | 3.37 | 57.05 |
| City Tax - SLVRS | 78.64 | 1,337.52 |
| PA LST - SLVRS | 2.00 | 30.00 |
| Employee Taxes | 1,070.28 | 18,823.84 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 238.19 | 4,037.33 |
| Dental-Pre Tax | 16.61 | 249.15 |
| HSA - Employee Contribution | 50.00 | 750.00 |
| Medical-Pre Tax | 115.16 | 1,727.40 |
| Vision Pre-Tax | 6.19 | 92.85 |
| Pre Tax Deductions | 426.15 | 6,856.73 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan A | 141.88 | 2,128.20 |
| 401(k) Loan B | 348.37 | 5,225.55 |
| Health PAC | 8.00 | 120.00 |
| Life - Child | 0.65 | 9.75 |
| Post Tax Deductions | 498.90 | 7,483.50 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Combined Match | 190.55 | 3,229.85 |
| Co Paid Health | 825.40 | 12,381.00 |
| Co Paid LTD | 13.63 | 202.11 |
| Co Paid Life | 3.15 | 46.77 |
| Co Paid STD | 1.56 | 23.40 |
| HSA - Employer Contribution | | 1,500.00 |
| Employer Paid Benefits | 1,034.29 | 17,383.13 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,630.89 | 78,751.96 |
| Medicare - Taxable Wages | 4,630.89 | 78,751.96 |
| Federal Withholding - Taxable Wages | 4,392.70 | 74,714.63 |
| State Tax Taxable Wages - PA | 4,625.77 | 78,676.36 |
| City Tax Taxable Wages - SLVRS | 4,625.77 | 78,676.36 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 4000 | |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Highmark PTO Plan | 0 | 24 | 208 |
| Volunteer Day Plan | 0 | 0 | 8 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| PSECU | Personal Account | ******7250 | | 393.40 | USD |
| AmeriChoice | AmeriChoice | ******0116 | | 500.00 | USD |
| Pennsylvania State Empl CU | Pennsylvania State Empl CU ******0806 | ******0806 | | 1,925.00 | USD |



Highmark Inc  1800 Center Street Camp Hill, PA 17011  +1 (412) 5447000
Melinda Schneider  19 Wild Rose Lane Mechanicsburg, PA 17050

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Melinda Schneider | Highmark Inc | | 06/15/2025 | 06/28/2025 | 07/03/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 76.00 | 4,813.72 | 426.15 | 498.90 | 2,818.37 |
| YTD | 1,024.00 | 76,682.03 | 6,430.58 | 6,984.60 | 45,513.29 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| GTL Imputed Incom | 06/15/2025 - 06/28/2025 | 0 | 0 | 5.12 | 0 | 70.48 |
| Holiday Full Time | | | 0 | | 40 | 2,326.38 |
| Incentive Comp | | | 0 | | 0 | 10,261.19 |
| Medical Credit | 06/15/2025 - 06/28/2025 | 0 | 0 | 50.00 | 0 | 700.00 |
| PTO Scheduled - Ti | 06/15/2025 - 06/28/2025 | 4 | 59.5464 | 238.19 | 56 | 3,258.32 |
| Salary Base Pay | 06/15/2025 - 06/28/2025 | 76 | 0 | 4,525.53 | 1024 | 60,136.14 |
| Earnings | | | | 4,818.84 | | 76,752.51 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 287.12 | 4,595.51 |
| Medicare | 67.15 | 1,074.76 |
| Federal Withholding | 490.01 | 8,469.39 |
| State Tax - PA | 142.01 | 2,273.34 |
| SUI-Employee Paid - PA | 3.37 | 53.68 |
| City Tax - SLVRS | 78.64 | 1,258.88 |
| PA LST - SLVRS | 2.00 | 28.00 |
| Employee Taxes | 1,070.30 | 17,753.56 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 238.19 | 3,799.14 |
| Dental-Pre Tax | 16.61 | 232.54 |
| HSA - Employee Contribution | 50.00 | 700.00 |
| Medical-Pre Tax | 115.16 | 1,612.24 |
| Vision Pre-Tax | 6.19 | 86.66 |
| Pre Tax Deductions | 426.15 | 6,430.58 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan A | 141.88 | 1,986.32 |
| 401(k) Loan B | 348.37 | 4,877.18 |
| Health PAC | 8.00 | 112.00 |
| Life - Child | 0.65 | 9.10 |
| Post Tax Deductions | 498.90 | 6,984.60 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Combined Match | 190.55 | 3,039.30 |
| Co Paid Health | 825.40 | 11,555.60 |
| Co Paid LTD | 13.63 | 188.48 |
| Co Paid Life | 3.15 | 43.62 |
| Co Paid STD | 1.56 | 21.84 |
| HSA - Employer Contribution | 750.00 | 1,500.00 |
| Employer Paid Benefits | 1,784.29 | 16,348.84 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,630.88 | 74,121.07 |
| Medicare - Taxable Wages | 4,630.88 | 74,121.07 |
| Federal Withholding - Taxable Wages | 4,392.69 | 70,321.93 |
| State Tax Taxable Wages - PA | 4,625.76 | 74,050.59 |
| City Tax Taxable Wages - SLVRS | 4,625.76 | 74,050.59 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 4000 | |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Highmark PTO Plan | 0 | 4 | 232 |
| Volunteer Day Plan | 0 | 0 | 8 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| PSECU | Personal Account | ******7250 | | 393.37 | USD |
| AmeriChoice | AmeriChoice | ******0116 | | 500.00 | USD |
| Pennsylvania State Empl CU | Pennsylvania State Empl CU ******0806 | ******0806 | | 1,925.00 | USD |





Highmark Inc   1800 Center Street Camp Hill, PA 17011   +1 (412) 5447000
Melinda Schneider   19 Wild Rose Lane Mechanicsburg, PA 17050

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Melinda Schneider | Highmark Inc | | 06/01/2025 | 06/14/2025 | 06/20/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 72.00 | 4,813.72 | 426.15 | 498.90 | 2,818.38 |
| YTD | 948.00 | 71,868.31 | 6,004.43 | 6,485.70 | 42,694.92 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| GTL Imputed Incom | 06/01/2025 - 06/14/2025 | 0 | 0 | 5.12 | 0 | 65.36 |
| Holiday Full Time | | | 0 | | 40 | 2,326.38 |
| Incentive Comp | | | 0 | | 0 | 10,261.19 |
| Medical Credit | 06/01/2025 - 06/14/2025 | 0 | 0 | 50.00 | 0 | 650.00 |
| PTO Scheduled - Ti | 06/01/2025 - 06/14/2025 | 8 | 59.5464 | 476.38 | 52 | 3,020.13 |
| Salary Base Pay | 06/01/2025 - 06/14/2025 | 72 | 0 | 4,287.34 | 948 | 55,610.61 |
| Earnings | | | | 4,818.84 | | 71,933.67 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 287.11 | 4,308.39 |
| Medicare | 67.15 | 1,007.61 |
| Federal Withholding | 490.01 | 7,979.38 |
| State Tax - PA | 142.01 | 2,131.33 |
| SUI-Employee Paid - PA | 3.37 | 50.31 |
| City Tax - SLVRS | 78.64 | 1,180.24 |
| PA LST - SLVRS | 2.00 | 26.00 |
| Employee Taxes | 1,070.29 | 16,683.26 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 238.19 | 3,560.95 |
| Dental-Pre Tax | 16.61 | 215.93 |
| HSA - Employee Contribution | 50.00 | 650.00 |
| Medical-Pre Tax | 115.16 | 1,497.08 |
| Vision Pre-Tax | 6.19 | 80.47 |
| Pre Tax Deductions | 426.15 | 6,004.43 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan A | 141.88 | 1,844.44 |
| 401(k) Loan B | 348.37 | 4,528.81 |
| Health PAC | 8.00 | 104.00 |
| Life - Child | 0.65 | 8.45 |
| Post Tax Deductions | 498.90 | 6,485.70 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Combined Match | 190.55 | 2,848.75 |
| Co Paid Health | 825.40 | 10,730.20 |
| Co Paid LTD | 13.63 | 174.85 |
| Co Paid Life | 3.15 | 40.47 |
| Co Paid STD | 1.56 | 20.28 |
| HSA - Employer Contribution | | 750.00 |
| Employer Paid Benefits | 1,034.29 | 14,564.55 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,630.88 | 69,490.19 |
| Medicare - Taxable Wages | 4,630.88 | 69,490.19 |
| Federal Withholding - Taxable Wages | 4,392.69 | 65,929.24 |
| State Tax Taxable Wages - PA | 4,625.76 | 69,424.83 |
| City Tax Taxable Wages - SLVRS | 4,625.76 | 69,424.83 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 4000 | |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Highmark PTO Plan | 0 | 8 | 236 |
| Volunteer Day Plan | 0 | 0 | 8 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| PSECU | Personal Account | ******7250 | | 393.38 | USD |
| AmeriChoice | AmeriChoice | ******0116 | | 500.00 | USD |
| Pennsylvania State Empl CU | Pennsylvania State Empl CU ******0806 | ******0806 | | 1,925.00 | USD |



Highmark Inc  1800 Center Street Camp Hill, PA 17011  +1 (412) 5447000
Melinda Schneider  19 Wild Rose Lane Mechanicsburg, PA 17050

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Melinda Schneider | Highmark Inc | ▉ | 05/18/2025 | 05/31/2025 | 06/06/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 72.00 | 4,813.72 | 426.15 | 498.90 | 2,818.37 |
| YTD | 876.00 | 67,054.59 | 5,578.28 | 5,986.80 | 39,876.54 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| GTL Imputed Incom | 05/18/2025 - 05/31/2025 | 0 | 0 | 5.12 | 0 | 60.24 |
| Holiday Full Time | 05/18/2025 - 05/31/2025 | 8 | 59.5464 | 476.38 | 40 | 2,326.38 |
| Incentive Comp | | | 0 | | 0 | 10,261.19 |
| Medical Credit | 05/18/2025 - 05/31/2025 | 0 | 0 | 50.00 | 0 | 600.00 |
| PTO Scheduled - Ti | | | 0 | | 44 | 2,543.75 |
| Salary Base Pay | 05/18/2025 - 05/31/2025 | 72 | 0 | 4,287.34 | 876 | 51,323.27 |
| Earnings | | | | 4,818.84 | | 67,114.83 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 287.12 | 4,021.28 |
| Medicare | 67.15 | 940.46 |
| Federal Withholding | 490.01 | 7,489.37 |
| State Tax - PA | 142.01 | 1,989.32 |
| SUI-Employee Paid - PA | 3.37 | 46.94 |
| City Tax - SLVRS | 78.64 | 1,101.60 |
| PA LST - SLVRS | 2.00 | 24.00 |
| Employee Taxes | 1,070.30 | 15,612.97 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 238.19 | 3,322.76 |
| Dental-Pre Tax | 16.61 | 199.32 |
| HSA - Employee Contribution | 50.00 | 600.00 |
| Medical-Pre Tax | 115.16 | 1,381.92 |
| Vision Pre-Tax | 6.19 | 74.28 |
| Pre Tax Deductions | 426.15 | 5,578.28 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan A | 141.88 | 1,702.56 |
| 401(k) Loan B | 348.37 | 4,180.44 |
| Health PAC | 8.00 | 96.00 |
| Life - Child | 0.65 | 7.80 |
| Post Tax Deductions | 498.90 | 5,986.80 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Combined Match | 190.55 | 2,658.20 |
| Co Paid Health | 825.40 | 9,904.80 |
| Co Paid LTD | 13.63 | 161.22 |
| Co Paid Life | 3.15 | 37.32 |
| Co Paid STD | 1.56 | 18.72 |
| HSA - Employer Contribution | | 750.00 |
| Employer Paid Benefits | 1,034.29 | 13,530.26 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,630.88 | 64,859.31 |
| Medicare - Taxable Wages | 4,630.88 | 64,859.31 |
| Federal Withholding - Taxable Wages | 4,392.69 | 61,536.55 |
| State Tax Taxable Wages - PA | 4,625.76 | 64,799.07 |
| City Tax Taxable Wages - SLVRS | 4,625.76 | 64,799.07 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 4000 | |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Highmark PTO Plan | 0 | 0 | 244 |
| Volunteer Day Plan | 0 | 0 | 8 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| PSECU | Personal Account | ******7250 | | 393.37 | USD |
| AmeriChoice | AmeriChoice | ******0116 | | 500.00 | USD |
| Pennsylvania State Empl CU | Pennsylvania State Empl CU ******0806 | ******0806 | | 1,925.00 | USD |



Highmark Inc   1800 Center Street Camp Hill, PA 17011   +1 (412) 5447000
Melinda Schneider   19 Wild Rose Lane Mechanicsburg, PA 17050

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Melinda Schneider | Highmark Inc | | 05/04/2025 | 05/17/2025 | 05/23/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 80.00 | 4,813.72 | 426.15 | 498.90 | 2,818.38 |
| YTD | 804.00 | 62,240.87 | 5,152.13 | 5,487.90 | 37,058.17 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| GTL Imputed Incom | 05/04/2025 - 05/17/2025 | 0 | 0 | 5.12 | 0 | 55.12 |
| Holiday Full Time | | | 0 | | 32 | 1,850.00 |
| Incentive Comp | | | 0 | | 0 | 10,281.19 |
| Medical Credit | 05/04/2025 - 05/17/2025 | 0 | 0 | 50.00 | 0 | 550.00 |
| PTO Scheduled - TI | | | 0 | | 44 | 2,543.75 |
| Salary Base Pay | 05/04/2025 - 05/17/2025 | 80 | 0 | 4,763.72 | 804 | 47,035.93 |
| Earnings | | | | 4,818.84 | | 62,295.99 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 287.11 | 3,734.16 |
| Medicare | 67.15 | 873.31 |
| Federal Withholding | 490.01 | 6,999.36 |
| State Tax - PA | 142.01 | 1,847.31 |
| SUI-Employee Paid - PA | 3.37 | 43.57 |
| City Tax - SLVRS | 78.64 | 1,022.96 |
| PA LST - SLVRS | 2.00 | 22.00 |
| Employee Taxes | 1,070.29 | 14,542.67 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 238.19 | 3,084.57 |
| Dental-Pre Tax | 16.61 | 182.71 |
| HSA - Employee Contribution | 50.00 | 550.00 |
| Medical-Pre Tax | 115.16 | 1,266.76 |
| Vision Pre-Tax | 6.19 | 68.09 |
| Pre Tax Deductions | 426.15 | 5,152.13 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan A | 141.88 | 1,560.68 |
| 401(k) Loan B | 348.37 | 3,832.07 |
| Health PAC | 8.00 | 88.00 |
| Life - Child | 0.65 | 7.15 |
| Post Tax Deductions | 498.90 | 5,487.90 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Combined Match | 190.55 | 2,467.65 |
| Co Paid Health | 825.40 | 9,079.40 |
| Co Paid LTD | 13.63 | 147.59 |
| Co Paid Life | 3.15 | 34.17 |
| Co Paid STD | 1.56 | 17.16 |
| HSA - Employer Contribution | | 750.00 |
| Employer Paid Benefits | 1,034.29 | 12,495.97 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,630.88 | 60,228.43 |
| Medicare - Taxable Wages | 4,630.88 | 60,228.43 |
| Federal Withholding - Taxable Wages | 4,392.69 | 57,143.86 |
| State Tax Taxable Wages - PA | 4,625.76 | 60,173.31 |
| City Tax Taxable Wages - SLVRS | 4,625.76 | 60,173.31 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 4000 | |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Highmark PTO Plan | 0 | 0 | 244 |
| Volunteer Day Plan | 0 | 0 | 8 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| PSECU | Personal Account | ******7250 | | 393.38 | USD |
| AmeriChoice | AmeriChoice | ******0116 | | 500.00 | USD |
| Pennsylvania State Empl CU | Pennsylvania State Empl CU ******0806 | ******0806 | | 1,925.00 | USD |



Highmark Inc  1800 Center Street Camp Hill, PA 17011  +1 (412) 5447000
Melinda Schneider  19 Wild Rose Lane Mechanicsburg, PA 17050

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Melinda Schneider | Highmark Inc | | 04/20/2025 | 05/03/2025 | 05/09/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 80.00 | 4,813.72 | 426.15 | 498.90 | 2,818.38 |
| YTD | 724.00 | 57,427.15 | 4,725.98 | 4,989.00 | 34,239.79 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| GTL Imputed Incom | 04/20/2025 - 05/03/2025 | 0 | 0 | 5.12 | 0 | 50.00 |
| Holiday Full Time | | | 0 | | 32 | 1,850.00 |
| Incentive Comp | | | 0 | | 0 | 10,261.19 |
| Medical Credit | 04/20/2025 - 05/03/2025 | 0 | 0 | 50.00 | 0 | 500.00 |
| PTO Scheduled - Ti | | | 0 | | 44 | 2,543.75 |
| Salary Base Pay | 04/20/2025 - 05/03/2025 | 80 | 0 | 4,763.72 | 724 | 42,272.21 |
| Earnings | | | | 4,818.84 | | 57,477.15 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 287.12 | 3,447.05 |
| Medicare | 67.14 | 806.16 |
| Federal Withholding | 490.01 | 6,509.35 |
| State Tax - PA | 142.01 | 1,705.30 |
| SUI-Employee Paid - PA | 3.37 | 40.20 |
| City Tax - SLVRS | 78.64 | 944.32 |
| PA LST - SLVRS | 2.00 | 20.00 |
| Employee Taxes | 1,070.29 | 13,472.38 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 238.19 | 2,846.38 |
| Dental-Pre Tax | 16.61 | 166.10 |
| HSA - Employee Contribution | 50.00 | 500.00 |
| Medical-Pre Tax | 115.16 | 1,151.60 |
| Vision Pre-Tax | 6.19 | 61.90 |
| Pre Tax Deductions | 426.15 | 4,725.98 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan A | 141.88 | 1,418.80 |
| 401(k) Loan B | 348.37 | 3,483.70 |
| Health PAC | 8.00 | 80.00 |
| Life - Child | 0.65 | 6.50 |
| Post Tax Deductions | 498.90 | 4,989.00 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Combined Match | 190.55 | 2,277.10 |
| Co Paid Health | 825.40 | 8,254.00 |
| Co Paid LTD | 13.63 | 133.96 |
| Co Paid Life | 3.15 | 31.02 |
| Co Paid STD | 1.56 | 15.60 |
| HSA - Employer Contribution | | 750.00 |
| Employer Paid Benefits | 1,034.29 | 11,461.68 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,630.88 | 55,597.55 |
| Medicare - Taxable Wages | 4,630.88 | 55,597.55 |
| Federal Withholding - Taxable Wages | 4,392.69 | 52,751.17 |
| State Tax Taxable Wages - PA | 4,625.76 | 55,547.55 |
| City Tax Taxable Wages - SLVRS | 4,625.76 | 55,547.55 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 4000 | |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Highmark PTO Plan | 0 | 0 | 244 |
| Volunteer Day Plan | 0 | 0 | 8 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| PSECU | Personal Account | ******7250 | | 393.38 | USD |
| AmeriChoice | AmeriChoice | ******0116 | | 500.00 | USD |
| Pennsylvania State Empl CU | Pennsylvania State Empl CU ******0806 | ******0806 | | 1,925.00 | USD |