## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Donny M. Schneider            BK NO. 25-03173 HWV
       Melinda Sue Schneider

                  Debtor(s)            Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

                                           Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
07 Nov 2025, 10:05:53, EST

                          KML Law Group, P.C.
                          BNY Mellon Independence Center
                          701 Market Street, Suite 5000
                          Philadelphia, PA  19106
                          215-627-1322