K.S. Heagy Contractor Inc.
833 Market Street
Lemoyne, PA. 17043


Donny M Schneider
19 Wild Rose Lane
Mechanicsburg, PA 17050

---

| **Employee Pay Stub** | Check number: DD | **Pay Period: 11/09/2025 - 11/15/2025** | Pay Date: 11/17/2025 |
|---|---|---|---|

| **Employee** | **SSN** |
|---|---|
| Donny M Schneider, 19 Wild Rose Lane, Mechanicsburg, PA 17050 | ***-**-4845 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 40.00 | 1,600.00 | 58,859.50 |
| Holiday Pay | | | | 1,440.00 |
| Vacation Pay | | | | 3,480.00 |
| Overtime (x1.5) | | | | 665.00 |
| Hourly Overtime 2X | | | | 1,190.00 |
| | 40:00 | | 1,600.00 | 65,634.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| 2% Local Tax | | | -32.00 | -1,312.69 |
| Local Services Tax | | | -1.00 | -46.00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -227.00 | -8,758.00 |
| Social Security Employee | | | -99.20 | -4,069.34 |
| Medicare Employee | | | -23.20 | -951.70 |
| PA - Withholding | | | -49.12 | -2,014.98 |
| PA - Unemployment | | | -1.12 | -45.94 |
| | | | -432.64 | -17,198.65 |

| **Net Pay** | | | **1,167.36** | **48,435.85** |
|---|---|---|---|---|

K.S. Heagy Contractor Inc., 833 Market Street, Lemoyne, PA. 17043, K.S. Heagy Contractor/Property Maintenance, Inc.

Powered by **Intuit Payroll**

Case 1:25-bk-03173-HWV   Doc 18   Filed 11/21/25   Entered 11/21/25 11:59:16   Desc
Main Document      Page 1 of 27

**K.S. Heagy Contractor, Inc.**

| Employee | | | | | SSN | |
|---|---|---|---|---|---|---|
| Donny M Schneider, 19 Wild Rose Lane, Mechanicsburg, PA 17050 | | | | | ***-**-4845 | |
| | | | | | Pay Period: 10/26/2025 - 11/01/2025 | Pay Date: 11/10/2025 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 36:00 | 35.00 | 1,260.00 | 57,259.50 |
| Holiday Pay | | | 0.00 | 1,440.00 |
| Vacation Pay | | | 0.00 | 3,480.00 |
| Overtime (x1.5) | | | 0.00 | 665.00 |
| Hourly Overtime 2X | | | 0.00 | 1,190.00 |
| | 36:00 | | 1,260.00 | 64,034.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| 2% Local Tax | -25.20 | -1,280.69 |
| Local Services Tax | -1.00 | -45.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -152.00 | -8,531.00 |
| Social Security Employee | -78.12 | -3,970.14 |
| Medicare Employee | -18.27 | -928.50 |
| PA - Withholding | -38.68 | -1,965.86 |
| PA - Unemployment | -0.88 | -44.82 |
| | -314.15 | -16,766.01 |

| Net Pay | 945.85 | 47,268.49 |
|---|---|---|

K.S. Heagy Contractor Inc., 833 Market Street, Lemoyne, PA. 17043, K.S. Heagy Contractor/Property Maintenance, Inc.

Powered by **Intuit Payroll**



10519



105191



Rev 6/21

K.S. Heagy Contractor Inc.
833 Market Street
Lemoyne, PA. 17043


Donny M Schneider
19 Wild Rose Lane
Mechanicsburg, PA 17050

---

**Employee Pay Stub**    Check number: DD

Pay Period: 10/19/2025 - 10/25/2025    Pay Date: 10/31/2025

**Employee**

SSN

Donny M Schneider, 19 Wild Rose Lane, Mechanicsburg, PA 17050

***-**-4845

---

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 32:00 | 40.00 | 1,280.00 | 55,999.50 |
| Holiday Pay | | | | 1,440.00 |
| Vacation Pay | | | | 3,480.00 |
| Overtime (x1.5) | | | | 665.00 |
| Hourly Overtime 2X | | | | 1,190.00 |
| | 32:00 | | 1,280.00 | 62,774.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| 2% Local Tax | -25.60 | -1,255.49 |
| Local Services Tax | -1.00 | -44.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -157.00 | -8,379.00 |
| Social Security Employee | -79.36 | -3,892.02 |
| Medicare Employee | -18.56 | -910.23 |
| PA - Withholding | -39.30 | -1,927.18 |
| PA - Unemployment | -0.89 | -43.94 |
| | -321.71 | -16,451.86 |

| Net Pay | 958.29 | 46,322.64 |
|---|---|---|

---

K.S. Heagy Contractor Inc., 833 Market Street, Lemoyne, PA. 17043, K.S. Heagy Contractor/Property Maintenance, Inc.

Powered by Intuit Payroll

K.S. Heagy Contractor Inc.
833 Market Street
Lemoyne, PA. 17043

Donny M Schneider
19 Wild Rose Lane
Mechanicsburg, PA 17050

| Employee Pay Stub | Check number: DD | Pay Period: 10/12/2025 - 10/18/2025 | Pay Date: 10/24/2025 |
|---|---|---|---|

**Employee**

Donny M Schneider, 19 Wild Rose Lane, Mechanicsburg, PA 17050

**SSN**

***-**-4845

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 40.00 | 1,600.00 | 54,719.50 |
| Overtime (x1.5) | 2:00 | 60.00 | 120.00 | 665.00 |
| Holiday Pay | | | | 1,440.00 |
| Vacation Pay | | | | 3,480.00 |
| Hourly Overtime 2X | | | | 1,190.00 |
| | 42:00 | | 1,720.00 | 61,494.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| 2% Local Tax | | | -34.40 | -1,229.89 |
| Local Services Tax | | | -1.00 | -43.00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -254.00 | -8,222.00 |
| Social Security Employee | | | -106.64 | -3,812.66 |
| Medicare Employee | | | -24.94 | -891.67 |
| PA - Withholding | | | -52.80 | -1,887.88 |
| PA - Unemployment | | | -1.21 | -43.05 |
| | | | -474.99 | -16,130.15 |

| Net Pay | | | 1,245.01 | 45,364.35 |
|---|---|---|---|---|

K.S. Heagy Contractor Inc., 833 Market Street, Lemoyne, PA. 17043, K.S. Heagy Contractor/Property Maintenance, Inc.

Powered by Intuit Payroll

K.S. Heagy Contractor Inc.
833 Market Street
Lemoyne, PA. 17043

Donny M Schneider
19 Wild Rose Lane
Mechanicsburg, PA 17050

---

**Employee Pay Stub**          Check number: DD                      Pay Period: 10/05/2025 - 10/11/2025          Pay Date: 10/17/2025

**Employee**                                                          **SSN**

Donny M Schneider, 19 Wild Rose Lane, Mechanicsburg, PA 17050          ***-**-4845

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 40.00 | 1,600.00 | 53,119.50 |
| Holiday Pay | | | | 1,440.00 |
| Vacation Pay | | | | 3,480.00 |
| Overtime (x1.5) | | | | 545.00 |
| Hourly Overtime 2X | | | | 1,190.00 |
| | 40:00 | | 1,600.00 | 59,774.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| 2% Local Tax | | | -32.00 | -1,195.49 |
| Local Services Tax | | | -1.00 | -42.00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -227.00 | -7,968.00 |
| Social Security Employee | | | -99.20 | -3,706.02 |
| Medicare Employee | | | -23.20 | -866.73 |
| PA - Withholding | | | -49.12 | -1,835.08 |
| PA - Unemployment | | | -1.12 | -41.84 |
| | | | -432.64 | -15,655.16 |

| **Net Pay** | | | **1,167.36** | **44,119.34** |

K.S. Heagy Contractor Inc., 833 Market Street, Lemoyne, PA. 17043, K.S. Heagy Contractor/Property Maintenance, Inc.          Powered by **Intuit Payroll**

K.S. Heagy Contractor Inc.
833 Market Street
Lemoyne, PA. 17043

Donny M Schneider
19 Wild Rose Lane
Mechanicsburg, PA 17050

| Employee Pay Stub | | Check number: DD | | Pay Period: 09/21/2025 - 09/27/2025 | | Pay Date: 10/03/2025 |
|---|---|---|---|---|---|---|

**Employee**                                                      **SSN**

Donny M Schneider, 19 Wild Rose Lane, Mechanicsburg, PA 17050      ***-**-4845

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 40.00 | 1,600.00 | 49,919.50 |
| Holiday Pay | | | | 1,440.00 |
| Vacation Pay | | | | 3,480.00 |
| Overtime (x1.5) | | | | 305.00 |
| Hourly Overtime 2X | | | | 1,190.00 |
| | 40:00 | | 1,600.00 | 56,334.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| 2% Local Tax | -32.00 | -1,126.69 |
| Local Services Tax | -1.00 | -40.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -227.00 | -7,461.00 |
| Social Security Employee | -99.20 | -3,492.74 |
| Medicare Employee | -23.20 | -816.85 |
| PA - Withholding | -49.12 | -1,729.47 |
| PA - Unemployment | -1.12 | -39.43 |
| | -432.64 | -14,706.18 |

| **Net Pay** | **1,167.36** | **41,628.32** |
|---|---|---|

K.S. Heagy Contractor Inc., 833 Market Street, Lemoyne, PA. 17043, K.S. Heagy Contractor/Property Maintenance, Inc.

Powered by **Intuit** Payroll

K.S. Heagy Contractor Inc.
833 Market Street
Lemoyne, PA. 17043

Donny M Schneider
19 Wild Rose Lane
Mechanicsburg, PA 17050

| Employee Pay Stub | | Check number: DD | | Pay Period: 09/14/2025 - 09/20/2025 | | Pay Date: 09/26/2025 |
|---|---|---|---|---|---|---|

**Employee**

Donny M Schneider, 19 Wild Rose Lane, Mechanicsburg, PA 17050

**SSN**

***-**-4845

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 40.00 | 1,600.00 | 48,319.50 |
| Holiday Pay | | | | 1,440.00 |
| Vacation Pay | | | | 3,480.00 |
| Overtime (x1.5) | | | | 305.00 |
| Hourly Overtime 2X | | | | 1,190.00 |
| | 40:00 | | 1,600.00 | 54,734.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| 2% Local Tax | | | -32.00 | -1,094.69 |
| Local Services Tax | | | -1.00 | -39.00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -227.00 | -7,234.00 |
| Social Security Employee | | | -99.20 | -3,393.54 |
| Medicare Employee | | | -23.20 | -793.65 |
| PA - Withholding | | | -49.12 | -1,680.35 |
| PA - Unemployment | | | -1.12 | -38.31 |
| | | | -432.64 | -14,273.54 |

| Net Pay | | | 1,167.36 | 40,460.96 |
|---|---|---|---|---|

K.S. Heagy Contractor Inc., 833 Market Street, Lemoyne, PA. 17043, K.S. Heagy Contractor/Property Maintenance, Inc.

Powered by **Intuit Payroll**

K.S. Heagy Contractor Inc.
833 Market Street
Lemoyne, PA. 17043


Donny M Schneider
19 Wild Rose Lane
Mechanicsburg, PA 17050

---

**Employee Pay Stub**  Check number: DD  Pay Period: 09/07/2025 - 09/13/2025  Pay Date: 09/19/2025

**Employee**  **SSN**

Donny M Schneider, 19 Wild Rose Lane, Mechanicsburg, PA 17050  ***-**-4845

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 40.00 | 1,600.00 | 46,719.50 |
| Overtime (x1.5) | 2:00 | 60.00 | 120.00 | 305.00 |
| Holiday Pay | | | | 1,440.00 |
| Vacation Pay | | | | 3,480.00 |
| Hourly Overtime 2X | | | | 1,190.00 |
| | 42:00 | | 1,720.00 | 53,134.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| 2% Local Tax | | | -34.40 | -1,062.69 |
| Local Services Tax | | | -1.00 | -38.00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -254.00 | -7,007.00 |
| Social Security Employee | | | -106.64 | -3,294.34 |
| Medicare Employee | | | -24.94 | -770.45 |
| PA - Withholding | | | -52.80 | -1,631.23 |
| PA - Unemployment | | | -1.20 | -37.19 |
| | | | -474.98 | -13,840.90 |

| Net Pay | | | 1,245.02 | 39,293.60 |
|---|---|---|---|---|

K.S. Heagy Contractor Inc., 833 Market Street, Lemoyne, PA. 17043, K.S. Heagy Contractor/Property Maintenance, Inc.

Powered by Intuit Payroll

K.S. Heagy Contractor Inc.
833 Market Street
Lemoyne, PA. 17043


Donny M Schneider
19 Wild Rose Lane
Mechanicsburg, PA 17050

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Employee Pay Stub**   Check number: DD

Pay Period: 08/31/2025 - 09/06/2025   Pay Date: 09/12/2025

**Employee**

Donny M Schneider, 19 Wild Rose Lane, Mechanicsburg, PA 17050

**SSN**

***-**-4845

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Holiday Pay | 8:00 | 40.00 | 320.00 | 1,440.00 |
| Hourly | 32:00 | 40.00 | 1,280.00 | 45,119.50 |
| Overtime (x1.5) | 2:00 | 40.00 | 80.00 | 185.00 |
| Vacation Pay | | | | 3,480.00 |
| Hourly Overtime 2X | | | | 1,190.00 |
| | 42:00 | | 1,680.00 | 51,414.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| 2% Local Tax | | | -33.60 | -1,028.29 |
| Local Services Tax | | | -1.00 | -37.00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -245.00 | -6,753.00 |
| Social Security Employee | | | -104.16 | -3,187.70 |
| Medicare Employee | | | -24.36 | -745.51 |
| PA - Withholding | | | -51.58 | -1,578.43 |
| PA - Unemployment | | | -1.18 | -35.99 |
| | | | -460.88 | -13,365.92 |
| Net Pay | | | 1,219.12 | 38,048.58 |

K.S. Heagy Contractor Inc., 833 Market Street, Lemoyne, PA. 17043, K.S. Heagy Contractor/Property Maintenance, Inc.

Powered by **Intuit** Payroll

K.S. Heagy Contractor Inc.
833 Market Street
Lemoyne, PA. 17043


Donny M Schneider
19 Wild Rose Lane
Mechanicsburg, PA 17050

---

| **Employee Pay Stub** | | Check number: DD | | | **Pay Period: 08/24/2025 - 08/30/2025** | | **Pay Date: 09/05/2025** |
|---|---|---|---|---|---|---|---|

| **Employee** | | | | | **SSN** | | |
|---|---|---|---|---|---|---|---|
| Donny M Schneider, 19 Wild Rose Lane, Mechanicsburg, PA 17050 | | | | | ***-**-4845 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Vacation Pay | 40:00 | 40.00 | 1,600.00 | 3,480.00 |
| Hourly | | | | 43,839.50 |
| Holiday Pay | | | | 1,120.00 |
| Overtime (x1.5) | | | | 105.00 |
| Hourly Overtime 2X | | | | 1,190.00 |
| | 40:00 | | 1,600.00 | 49,734.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| 2% Local Tax | | | -32.00 | -994.69 |
| Local Services Tax | | | -1.00 | -36.00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -227.00 | -6,508.00 |
| Social Security Employee | | | -99.20 | -3,083.54 |
| Medicare Employee | | | -23.20 | -721.15 |
| PA - Withholding | | | -49.12 | -1,526.85 |
| PA - Unemployment | | | -1.12 | -34.81 |
| | | | -432.64 | -12,905.04 |

| Net Pay | | | 1,167.36 | 36,829.46 |
|---|---|---|---|---|

K.S. Heagy Contractor Inc., 833 Market Street, Lemoyne, PA. 17043, K.S. Heagy Contractor/Property Maintenance, Inc.

Powered by **Intuit Payroll**

K.S. Heagy Contractor Inc.
833 Market Street
Lemoyne, PA. 17043

Donny M Schneider
19 Wild Rose Lane
Mechanicsburg, PA 17050

| Employee Pay Stub | | Check number: DD | | | Pay Period: 08/17/2025 - 08/23/2025 | | Pay Date: 08/29/2025 |

**Employee**

Donny M Schneider, 19 Wild Rose Lane, Mechanicsburg, PA 17050

**SSN**

***-**-4845

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 31:00 | 40.00 | 1,240.00 | 43,839.50 |
| Holiday Pay | | | | 1,120.00 |
| Vacation Pay | | | | 1,880.00 |
| Overtime (x1.5) | | | | 105.00 |
| Hourly Overtime 2X | | | | 1,190.00 |
| | 31:00 | | 1,240.00 | 48,134.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| 2% Local Tax | | | -24.80 | -962.69 |
| Local Services Tax | | | -1.00 | -35.00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -148.00 | -6,281.00 |
| Social Security Employee | | | -76.88 | -2,984.34 |
| Medicare Employee | | | -17.98 | -697.95 |
| PA - Withholding | | | -38.07 | -1,477.73 |
| PA - Unemployment | | | -0.86 | -33.69 |
| | | | -307.59 | -12,472.40 |

| **Net Pay** | | | 932.41 | 35,662.10 |

K.S. Heagy Contractor Inc., 833 Market Street, Lemoyne, PA. 17043, K.S. Heagy Contractor/Property Maintenance, Inc.

Powered by **Intuit** Payroll

K.S. Heagy Contractor Inc.
833 Market Street
Lemoyne, PA. 17043


Donny M Schneider
19 Wild Rose Lane
Mechanicsburg, PA 17050

---

| **Employee Pay Stub** | | Check number: DD | | | **Pay Period: 08/10/2025 - 08/16/2025** | | **Pay Date: 08/22/2025** |
|---|---|---|---|---|---|---|---|

| **Employee** | | | | | **SSN** | | |
|---|---|---|---|---|---|---|---|
| Donny M Schneider, 19 Wild Rose Lane, Mechanicsburg, PA 17050 | | | | | ***-**-4845 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 40.00 | 1,600.00 | 42,599.50 |
| Holiday Pay | | | | 1,120.00 |
| Vacation Pay | | | | 1,880.00 |
| Overtime (x1.5) | | | | 105.00 |
| Hourly Overtime 2X | | | | 1,190.00 |
| | 40:00 | | 1,600.00 | 46,894.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| 2% Local Tax | | | -32.00 | -937.89 |
| Local Services Tax | | | -1.00 | -34.00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -227.00 | -6,133.00 |
| Social Security Employee | | | -99.20 | -2,907.46 |
| Medicare Employee | | | -23.20 | -679.97 |
| PA - Withholding | | | -49.12 | -1,439.66 |
| PA - Unemployment | | | -1.12 | -32.83 |
| | | | -432.64 | -12,164.81 |

| **Net Pay** | | | **1,167.36** | **34,729.69** |
|---|---|---|---|---|

---

K.S. Heagy Contractor Inc., 833 Market Street, Lemoyne, PA. 17043, K.S. Heagy Contractor/Property Maintenance, Inc.

Powered by **Intuit Payroll**

K.S. Heagy Contractor Inc.
833 Market Street
Lemoyne, PA. 17043

Donny M Schneider
19 Wild Rose Lane
Mechanicsburg, PA 17050

| Employee Pay Stub | | Check number: DD | | | Pay Period: 08/03/2025 - 08/09/2025 | | Pay Date: 08/15/2025 |
|---|---|---|---|---|---|---|---|

**Employee**

Donny M Schneider, 19 Wild Rose Lane, Mechanicsburg, PA 17050

**SSN**

***-**-4845

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 40.00 | 1,600.00 | 40,999.50 |
| Holiday Pay | | | | 1,120.00 |
| Vacation Pay | | | | 1,880.00 |
| Overtime (x1.5) | | | | 105.00 |
| Hourly Overtime 2X | | | | 1,190.00 |
| | 40:00 | | 1,600.00 | 45,294.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| 2% Local Tax | | | -32.00 | -905.89 |
| Local Services Tax | | | -1.00 | -33.00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -227.00 | -5,906.00 |
| Social Security Employee | | | -99.20 | -2,808.26 |
| Medicare Employee | | | -23.20 | -656.77 |
| PA - Withholding | | | -49.12 | -1,390.54 |
| PA - Unemployment | | | -1.12 | -31.71 |
| | | | -432.64 | -11,732.17 |

| Net Pay | | | 1,167.36 | 33,562.33 |
|---|---|---|---|---|

K.S. Heagy Contractor Inc., 833 Market Street, Lemoyne, PA. 17043, K.S. Heagy Contractor/Property Maintenance, Inc.

Powered by **Intuit Payroll**

K.S. Heagy Contractor Inc.
833 Market Street
Lemoyne, PA. 17043


Donny M Schneider
19 Wild Rose Lane
Mechanicsburg, PA 17050

---

| Employee Pay Stub | | Check number: DD | | | Pay Period: 07/27/2025 - 08/02/2025 | | | Pay Date: 08/08/2025 |
|---|---|---|---|---|---|---|---|---|

**Employee**

SSN

Donny M Schneider, 19 Wild Rose Lane, Mechanicsburg, PA 17050

***-**-4845

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 40.00 | 1,600.00 | 39,399.50 |
| Holiday Pay | | | | 1,120.00 |
| Vacation Pay | | | | 1,880.00 |
| Overtime (x1.5) | | | | 105.00 |
| Hourly Overtime 2X | | | | 1,190.00 |
| | 40:00 | | 1,600.00 | 43,694.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| 2% Local Tax | | | -32.00 | -873.89 |
| Local Services Tax | | | -1.00 | -32.00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -227.00 | -5,679.00 |
| Social Security Employee | | | -99.20 | -2,709.06 |
| Medicare Employee | | | -23.20 | -633.57 |
| PA - Withholding | | | -49.12 | -1,341.42 |
| PA - Unemployment | | | -1.12 | -30.59 |
| | | | -432.64 | -11,299.53 |

| Net Pay | | | 1,167.36 | 32,394.97 |
|---|---|---|---|---|

K.S. Heagy Contractor Inc., 833 Market Street, Lemoyne, PA. 17043, K.S. Heagy Contractor/Property Maintenance, Inc.

Powered by **Intuit** Payroll

K.S. Heagy Contractor Inc.
833 Market Street
Lemoyne, PA. 17043

Donny M Schneider
19 Wild Rose Lane
Mechanicsburg, PA 17050

---

| **Employee Pay Stub** | | Check number: DD | | | **Pay Period:** 07/20/2025 - 07/26/2025 | | **Pay Date:** 08/01/2025 |
|---|---|---|---|---|---|---|---|

**Employee**

SSN

Donny M Schneider, 19 Wild Rose Lane, Mechanicsburg, PA 17050

***-**-4845

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Vacation Pay | 40:00 | 40.00 | 1,600.00 | 1,880.00 |
| Hourly | | | | 37,799.50 |
| Holiday Pay | | | | 1,120.00 |
| Overtime (x1.5) | | | | 105.00 |
| Hourly Overtime 2X | | | | 1,190.00 |
| | 40:00 | | 1,600.00 | 42,094.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| 2% Local Tax | | | -32.00 | -841.89 |
| Local Services Tax | | | -1.00 | -31.00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -227.00 | -5,452.00 |
| Social Security Employee | | | -99.20 | -2,609.86 |
| Medicare Employee | | | -23.20 | -610.37 |
| PA - Withholding | | | -49.12 | -1,292.30 |
| PA - Unemployment | | | -1.12 | -29.47 |
| | | | -432.64 | -10,866.89 |

| Net Pay | | | 1,167.36 | 31,227.61 |
|---|---|---|---|---|

---

K.S. Heagy Contractor Inc., 833 Market Street, Lemoyne, PA. 17043, K.S. Heagy Contractor/Property Maintenance, Inc.

Powered by **Intuit Payroll**

K.S. Heagy Contractor Inc.
833 Market Street
Lemoyne, PA. 17043


Donny M Schneider
19 Wild Rose Lane
Mechanicsburg, PA 17050

---

| Employee Pay Stub | | Check number: DD | | | Pay Period: 07/13/2025 - 07/19/2025 | | Pay Date: 07/25/2025 |
|---|---|---|---|---|---|---|---|

**Employee**

Donny M Schneider, 19 Wild Rose Lane, Mechanicsburg, PA 17050

**SSN**

***-**-4845

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 24:00 | 38.00 | 912.00 | 37,799.50 |
| Holiday Pay | | | | 1,120.00 |
| Vacation Pay | | | | 280.00 |
| Overtime (x1.5) | | | | 105.00 |
| Hourly Overtime 2X | | | | 1,190.00 |
| | 24:00 | | 912.00 | 40,494.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| 2% Local Tax | -18.24 | -809.89 |
| Local Services Tax | -1.00 | -30.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -90.00 | -5,225.00 |
| Social Security Employee | -56.54 | -2,510.66 |
| Medicare Employee | -13.22 | -587.17 |
| PA - Withholding | -28.00 | -1,243.18 |
| PA - Unemployment | -0.64 | -28.35 |
| | -207.64 | -10,434.25 |

| Net Pay | 704.36 | 30,060.25 |
|---|---|---|

K.S. Heagy Contractor Inc., 833 Market Street, Lemoyne, PA. 17043, K.S. Heagy Contractor/Property Maintenance, Inc.

Powered by **Intuit Payroll**

K.S. Heagy Contractor Inc.
833 Market Street
Lemoyne, PA. 17043


Donny M Schneider
19 Wild Rose Lane
Mechanicsburg, PA 17050


**Employee Pay Stub**  Check number: DD    Pay Period: 06/29/2025 - 07/05/2025    Pay Date: 07/11/2025

**Employee** | **SSN**

Donny M Schneider, 19 Wild Rose Lane, Mechanicsburg, PA 17050    ***-**-4845

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 24:00 | 35.00 | 840.00 | 35,367.50 |
| Vacation Pay | 8:00 | 35.00 | 280.00 | 280.00 |
| Holiday Pay | 8:00 | 35.00 | 280.00 | 1,120.00 |
| Overtime (x1.5) | | | | 105.00 |
| Hourly Overtime 2X | | | | 1,190.00 |
| | 40:00 | | 1,400.00 | 38,062.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| 2% Local Tax | | | -28.00 | -761.25 |
| Local Services Tax | | | -1.00 | -28.00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -183.00 | -4,925.00 |
| Social Security Employee | | | -86.80 | -2,359.88 |
| Medicare Employee | | | -20.30 | -551.91 |
| PA - Withholding | | | -42.98 | -1,168.52 |
| PA - Unemployment | | | -0.98 | -26.64 |
| | | | -363.06 | -9,821.20 |

| Net Pay | | | 1,036.94 | 28,241.30 |
|---|---|---|---|---|

K.S. Heagy Contractor Inc., 833 Market Street, Lemoyne, PA. 17043, K.S. Heagy Contractor/Property Maintenance, Inc.    Powered by **Intuit Payroll**

Case 1:25-bk-03173-HWV    Doc 18    Filed 11/21/25    Entered 11/21/25 11:59:16    Desc
Main Document    Page 17 of 27

K.S. Heagy Contractor Inc.
833 Market Street
Lemoyne, PA. 17043


Donny M Schneider
19 Wild Rose Lane
Mechanicsburg, PA 17050

---

| Employee Pay Stub | Check number: DD | | | Pay Period: 06/22/2025 - 06/28/2025 | | Pay Date: 07/03/2025 |
|---|---|---|---|---|---|---|

| Employee | | | | SSN | | |
|---|---|---|---|---|---|---|
| Donny M Schneider, 19 Wild Rose Lane, Mechanicsburg, PA 17050 | | | | ***-**-4845 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 35.00 | 1,400.00 | 34,527.50 |
| Holiday Pay | | | | 840.00 |
| Overtime (x1.5) | | | | 105.00 |
| Hourly Overtime 2X | | | | 1,190.00 |
| | 40:00 | | 1,400.00 | 36,662.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| 2% Local Tax | | | -28.00 | -733.25 |
| Local Services Tax | | | -1.00 | -27.00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -183.00 | -4,742.00 |
| Social Security Employee | | | -86.80 | -2,273.08 |
| Medicare Employee | | | -20.30 | -531.61 |
| PA - Withholding | | | -42.98 | -1,125.54 |
| PA - Unemployment | | | -0.98 | -25.66 |
| | | | -363.06 | -9,458.14 |
| **Net Pay** | | | **1,036.94** | **27,204.36** |

---

K.S. Heagy Contractor Inc., 833 Market Street, Lemoyne, PA. 17043, K.S. Heagy Contractor/Property Maintenance, Inc.

Powered by **Intuit Payroll**

K.S. Heagy Contractor Inc.
833 Market Street
Lemoyne, PA. 17043

Donny M Schneider
19 Wild Rose Lane
Mechanicsburg, PA 17050

---

**Employee Pay Stub**  Check number: DD

Pay Period: 06/15/2025 - 06/21/2025  Pay Date: 06/27/2025

**Employee**

Donny M Schneider, 19 Wild Rose Lane, Mechanicsburg, PA 17050

**SSN**

***-**-4845

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 35.00 | 1,400.00 | 33,127.50 |
| Holiday Pay | | | | 840.00 |
| Overtime (x1.5) | | | | 105.00 |
| Hourly Overtime 2X | | | | 1,190.00 |
| | 40:00 | | 1,400.00 | 35,262.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| 2% Local Tax | -28.00 | -705.25 |
| Local Services Tax | -1.00 | -26.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -183.00 | -4,559.00 |
| Social Security Employee | -86.80 | -2,186.28 |
| Medicare Employee | -20.30 | -511.31 |
| PA - Withholding | -42.98 | -1,082.56 |
| PA - Unemployment | -0.98 | -24.68 |
| | -363.06 | -9,095.08 |

| Net Pay | 1,036.94 | 26,167.42 |
|---|---|---|

K.S. Heagy Contractor Inc., 833 Market Street, Lemoyne, PA. 17043, K.S. Heagy Contractor/Property Maintenance, Inc.

Powered by **Intuit** Payroll

K.S. Heagy Contractor Inc.
833 Market Street
Lemoyne, PA. 17043

Donny M Schneider
19 Wild Rose Lane
Mechanicsburg, PA 17050

| Employee Pay Stub | Check number: DD | Pay Period: 06/08/2025 - 06/14/2025 | Pay Date: 06/20/2025 |
|---|---|---|---|

**Employee**

Donny M Schneider, 19 Wild Rose Lane, Mechanicsburg, PA 17050

SSN

***-**-4845

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 35.00 | 1,400.00 | 31,727.50 |
| Holiday Pay | | | | 840.00 |
| Overtime (x1.5) | | | | 105.00 |
| Hourly Overtime 2X | | | | 1,190.00 |
| | 40:00 | | 1,400.00 | 33,862.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| 2% Local Tax | | | -28.00 | -677.25 |
| Local Services Tax | | | -1.00 | -25.00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -183.00 | -4,376.00 |
| Social Security Employee | | | -86.80 | -2,099.48 |
| Medicare Employee | | | -20.30 | -491.01 |
| PA - Withholding | | | -42.98 | -1,039.58 |
| PA - Unemployment | | | -0.98 | -23.70 |
| | | | -363.06 | -8,732.02 |

| Net Pay | | | 1,036.94 | 25,130.48 |
|---|---|---|---|---|

K.S. Heagy Contractor Inc., 833 Market Street, Lemoyne, PA. 17043, K.S. Heagy Contractor/Property Maintenance, Inc.

Powered by **Intuit Payroll**

K.S. Heagy Contractor Inc.
833 Market Street
Lemoyne, PA. 17043

Donny M Schneider
19 Wild Rose Lane
Mechanicsburg, PA 17050

---

**Employee Pay Stub**          Check number: DD                     Pay Period: 06/01/2025 - 06/07/2025          Pay Date: 06/13/2025

**Employee**                                                        **SSN**

Donny M Schneider, 19 Wild Rose Lane, Mechanicsburg, PA 17050       ***-**-4845

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 36:00 | 35.00 | 1,260.00 | 30,327.50 |
| Holiday Pay | | | | 840.00 |
| Overtime (x1.5) | | | | 105.00 |
| Hourly Overtime 2X | | | | 1,190.00 |
| | 36:00 | | 1,260.00 | 32,462.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| 2% Local Tax | | | -25.20 | -649.25 |
| Local Services Tax | | | -1.00 | -24.00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -152.00 | -4,193.00 |
| Social Security Employee | | | -78.12 | -2,012.68 |
| Medicare Employee | | | -18.27 | -470.71 |
| PA - Withholding | | | -38.68 | -996.60 |
| PA - Unemployment | | | -0.88 | -22.72 |
| | | | -314.15 | -8,368.96 |
| **Net Pay** | | | **945.85** | **24,093.54** |

K.S. Heagy Contractor Inc., 833 Market Street, Lemoyne, PA. 17043, K.S. Heagy Contractor/Property Maintenance, Inc.          Powered by **Intuit Payroll**

K.S. Heagy Contractor Inc.
853 Market Street
Lemoyne, PA. 17043

Donny M Schneider
19 Wild Rose Lane
Mechanicsburg, PA 17050

---

**Employee Pay Stub**  Check number: DD  Pay Period: 05/25/2025 - 05/31/2025  Pay Date: 06/06/2025

**Employee**

Donny M Schneider, 19 Wild Rose Lane, Mechanicsburg, PA 17050

**SSN**

***-**-4845

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Holiday Pay | 8:00 | 35.00 | 280.00 | 840.00 |
| Hourly | 29:00 | 35.00 | 1,015.00 | 29,067.50 |
| Overtime (x1.5) | | | | 105.00 |
| Hourly Overtime 2X | | | | 1,190.00 |
| | 37:00 | | 1,295.00 | 31,202.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| 2% Local Tax | -25.90 | -624.05 |
| Local Services Tax | -1.00 | -23.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -160.00 | -4,041.00 |
| Social Security Employee | -80.29 | -1,934.56 |
| Medicare Employee | -18.78 | -452.44 |
| PA - Withholding | -39.76 | -957.92 |
| PA - Unemployment | -0.90 | -21.84 |
| | -326.63 | -8,054.81 |

| Net Pay | 968.37 | 23,147.69 |
|---|---|---|

K.S. Heagy Contractor Inc., 833 Market Street, Lemoyne, PA. 17043, K.S. Heagy Contractor/Property Maintenance, Inc.

Powered by **Intuit Payroll**

K.S. Heagy Contractor Inc.
833 Market Street
Lemoyne, PA. 17043


Donny M Schneider
19 Wild Rose Lane
Mechanicsburg, PA 17050

---

| Employee Pay Stub | | Check number: DD | | | Pay Period: 05/18/2025 - 05/24/2025 | | Pay Date: 05/30/2025 |
|---|---|---|---|---|---|---|---|

**Employee**
Donny M Schneider, 19 Wild Rose Lane, Mechanicsburg, PA 17050

**SSN**
***-**-4845

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 39:00 | 35.00 | 1,365.00 | 28,052.50 |
| Holiday Pay | | | | 560.00 |
| Overtime (x1.5) | | | | 105.00 |
| Hourly Overtime 2X | | | | 1,190.00 |
| | 39:00 | | 1,365.00 | 29,907.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| 2% Local Tax | | | -27.30 | -598.15 |
| Local Services Tax | | | -1.00 | -22.00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -175.00 | -3,881.00 |
| Social Security Employee | | | -84.63 | -1,854.27 |
| Medicare Employee | | | -19.79 | -433.66 |
| PA - Withholding | | | -41.91 | -918.16 |
| PA - Unemployment | | | -0.96 | -20.94 |
| | | | -350.59 | -7,728.18 |

| Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| **Net Pay** | | | **1,014.41** | **22,179.32** |

K.S. Heagy Contractor, Inc., 833 Market Street, Lemoyne, PA. 17043, K.S. Heagy Contractor/Property Maintenance, Inc.

Powered by **Intuit Payroll**

K.S. Heagy Contractor Inc.
833 Market Street
Lemoyne, PA. 17043

Donny M Schneider
19 Wild Rose Lane
Mechanicsburg, PA 17050

---

**Employee Pay Stub**                Check number: DD

Pay Period: 05/11/2025 - 05/17/2025          Pay Date: 05/23/2025

**Employee**

SSN

Donny M Schneider, 19 Wild Rose Lane, Mechanicsburg, PA 17050

***-**-4845

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 35.00 | 1,400.00 | 26,687.50 |
| Holiday Pay | | | | 560.00 |
| Overtime (x1.5) | | | | 105.00 |
| Hourly Overtime 2X | | | | 1,190.00 |
| | 40:00 | | 1,400.00 | 28,542.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| 2% Local Tax | -28.00 | -570.85 |
| Local Services Tax | -1.00 | -21.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -183.00 | -3,706.00 |
| Social Security Employee | -86.80 | -1,769.64 |
| Medicare Employee | -20.30 | -413.87 |
| PA - Withholding | -42.98 | -876.25 |
| PA - Unemployment | -0.98 | -19.98 |
| | -363.06 | -7,377.59 |

| Net Pay | 1,036.94 | 21,164.91 |
|---|---|---|

K.S. Heagy Contractor Inc., 833 Market Street, Lemoyne, PA. 17043, K.S. Heagy Contractor/Property Maintenance, Inc.

Powered by **Intuit** Payroll

K.S. Heagy Contractor Inc.
833 Market Street
Lemoyne, PA. 17043


Donny M Schneider
19 Wild Rose Lane
Mechanicsburg, PA 17050

---

**Employee Pay Stub**      Check number: DD      Pay Period: 05/04/2025 - 05/10/2025      Pay Date: 05/16/2025

**Employee**      **SSN**

Donny M Schneider, 19 Wild Rose Lane, Mechanicsburg, PA 17050      ***-**-4845

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 35.00 | 1,400.00 | 25,287.50 |
| Holiday Pay | | | | 560.00 |
| Overtime (x1.5) | | | | 105.00 |
| Hourly Overtime 2X | | | | 1,190.00 |
| | 40:00 | | 1,400.00 | 27,142.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| 2% Local Tax | | | -28.00 | -542.85 |
| Local Services Tax | | | -1.00 | -20.00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -183.00 | -3,523.00 |
| Social Security Employee | | | -86.80 | -1,682.84 |
| Medicare Employee | | | -20.30 | -393.57 |
| PA - Withholding | | | -42.98 | -833.27 |
| PA - Unemployment | | | -0.98 | -19.00 |
| | | | -363.06 | -7,014.53 |

| Net Pay | | | 1,036.94 | 20,127.97 |
|---|---|---|---|---|

---

K.S. Heagy Contractor Inc., 833 Market Street, Lemoyne, PA. 17043, K.S. Heagy Contractor/Property Maintenance, Inc.      Powered by **Intuit** Payroll

K.S. Heagy Contractor Inc.
833 Market Street
Lemoyne, PA. 17043

Donny M Schneider
19 Wild Rose Lane
Mechanicsburg, PA 17050

---

| **Employee Pay Stub** | | Check number: DD | | | **Pay Period: 04/27/2025 - 05/03/2025** | | **Pay Date: 05/09/2025** |
|---|---|---|---|---|---|---|---|

**Employee**

Donny M Schneider, 19 Wild Rose Lane, Mechanicsburg, PA 17050

**SSN**

***-**-4845

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 38:00 | 35.00 | 1,330.00 | 23,887.50 |
| Holiday Pay | | | | 560.00 |
| Overtime (x1.5) | | | | 105.00 |
| Hourly Overtime 2X | | | | 1,190.00 |
| | 38:00 | | 1,330.00 | 25,742.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| 2% Local Tax | | | -26.60 | -514.85 |
| Local Services Tax | | | -1.00 | -19.00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -168.00 | -3,340.00 |
| Social Security Employee | | | -82.46 | -1,596.04 |
| Medicare Employee | | | -19.29 | -373.27 |
| PA - Withholding | | | -40.83 | -790.29 |
| PA - Unemployment | | | -0.93 | -18.02 |
| | | | -339.11 | -6,651.47 |

| **Net Pay** | | | **990.89** | **19,091.03** |
|---|---|---|---|---|

---

K.S. Heagy Contractor Inc., 833 Market Street, Lemoyne, PA. 17043, K.S. Heagy Contractor/Property Maintenance, Inc.

Powered by **Intuit Payroll**

K.S. Heagy Contractor Inc.
833 Market Street
Lemoyne, PA. 17043

Donny M Schneider
19 Wild Rose Lane
Mechanicsburg, PA 17050

---

| **Employee Pay Stub** | Check number: DD | | Pay Period: 04/20/2025 - 04/26/2025 | Pay Date: 05/02/2025 |
|---|---|---|---|---|

| **Employee** | | | **SSN** | |
|---|---|---|---|---|
| Donny M Schneider, 19 Wild Rose Lane, Mechanicsburg, PA 17050 | | | ***-**-4845 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Overtime 2X | 8:00 | 70.00 | 560.00 | 1,190.00 |
| Hourly | 40:00 | 35.00 | 1,400.00 | 22,557.50 |
| Holiday Pay | | | | 560.00 |
| Overtime (x1.5) | | | | 105.00 |
| | 48:00 | | 1,960.00 | 24,412.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| 2% Local Tax | | | -39.20 | -488.25 |
| Local Services Tax | | | -1.00 | -18.00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -306.00 | -3,172.00 |
| Social Security Employee | | | -121.52 | -1,513.58 |
| Medicare Employee | | | -28.42 | -353.98 |
| PA - Withholding | | | -60.17 | -749.46 |
| PA - Unemployment | | | -1.37 | -17.09 |
| | | | -557.68 | -6,312.36 |

| **Net Pay** | | | **1,402.32** | **18,100.14** |
|---|---|---|---|---|

---

K.S. Heagy Contractor Inc., 833 Market Street, Lemoyne, PA. 17043, K.S. Heagy Contractor/Property Maintenance, Inc.

Powered by **Intuit Payroll**