UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:        DONNY M. SCHNEIDER      :
                MELINDA SUE SCHNEIDER  :  CHAPTER 13
                Debtor(s)               :
                                        :
                JACK N. ZAHAROPOULOS   :
                CHAPTER 13 TRUSTEE     :
                Movant                 :
                                        :
                vs.                     :
                                        :
                DONNY M. SCHNEIDER      :
                MELINDA SUE SCHNEIDER  :
                Respondent(s)         :  CASE NO. **1:25-bk-03173-HWV**

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

      COMES NOW Jack N. Zaharopoulos, Standing Chapter 13 Trustee, who objects to confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7.   More specifically, the debtor has excess non-exempt equity in the following:

    a.  Property held as tenants by the entireties to the
        extent of joint claims.

2. Trustee avers that debtor(s)' plan cannot be administered due to the lack of the following:

    a.  Need credit report.

      WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

    a.  Deny confirmation of debtor(s)' plan.
    b.  Dismiss or convert debtor(s)' case.
    c.  Provide such other relief as is equitable and just.

Dated:  December 11, 2025

                                      Respectfully submitted:


                                    /s/ Jack N. Zaharopoulos
                                    Standing Chapter 13 Trustee
                                    8125 Adams Drive, Suite A
                                    Hummelstown, PA 17036
                                    (717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that, on today's date, I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

CHAD J JULIUS ESQUIRE
JACOBSON, JULIUS & HARSHBERGER
8150 DERRY STREET
HARRISBURG, PA 17111-5212


Dated:       December 11, 2025

                            /s/ Jack N. Zaharopoulos
                            Office of Jack N. Zaharopoulos
                            Standing Chapter 13 Trustee