Certificate Number: 15317-PAM-DE-040402068

Bankruptcy Case Number: 25-03173



15317-PAM-DE-040402068

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 10, 2025, at 7:37 o'clock PM PST, Donny Schneider completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 10, 2025

By: /s/Rose Benito

Name: Rose Benito

Title: Certified Counselor