Certificate Number: 15317-PAM-DE-040402067

Bankruptcy Case Number: 25-03173


15317-PAM-DE-040402067

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on <u>December 10, 2025</u>, at <u>7:37</u> o'clock <u>PM PST</u>, <u>Melinda Schneider</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: December 10, 2025   By: /s/Rose Benito

Name: Rose Benito

Title: Certified Counselor