In re:                          Case No. 25-03173-HWV
Donny M. Schneider                Chapter 13
Melinda Sue Schneider
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: AutoDocke           Page 1 of 4
Date Rcvd: Dec 11, 2025      Form ID: ntcnfhrg          Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donny M. Schneider, Melinda Sue Schneider, 19 Wild Rose Lane, Mechanicsburg, PA 17050-1666 |
| 5756096 | + | Americhoice Fed Cr Uni, 20 Sporting Green Dr, Mechanicsburg, PA 17050-2392 |
| 5756140 | + | Palmera Vaction Club, 33 Office Park Road, Ste 219, Hilton Head Island, SC 29928-4655 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5765649 | | Email/PDF: bncnotices@becket-lee.com | Dec 11 2025 18:47:33 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5756100 | + | Email/PDF: bncnotices@becket-lee.com | Dec 11 2025 18:47:36 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 5756102 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 11 2025 18:39:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 5756104 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 11 2025 18:39:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5756105 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Dec 11 2025 18:47:24 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 5756113 | | Email/Text: BKelectronicnotices@cenlar.com | Dec 11 2025 18:39:00 | Cenlar, Attn: Bankruptcy, 425 Phillips Blvd, Newark, NJ 08618 |
| 5756106 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 11 2025 18:47:33 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5756110 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 11 2025 18:47:23 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5764281 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 11 2025 18:47:23 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5756114 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 11 2025 18:46:58 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5756119 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 11 2025 18:58:05 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 5756120 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 11 2025 18:57:59 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 5756121 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 11 2025 18:58:09 | Citibank/NBT, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 5756122 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 11 2025 18:58:06 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Louis, MO 63179-0046 |
| 5756126 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 11 2025 18:39:00 | | Comenity Bank/Lane Bryant CC, Comenity Bank, Bankruptcy Department, Po Box 182125, Columbus, OH 43218-2125 |
| 5756127 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 11 2025 18:39:00 | | Comenity Capital, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 5756128 | | Email/Text: mrdiscen@discover.com | Dec 11 2025 18:39:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 5765646 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 11 2025 18:39:00 | First National Bank of Omaha, 1601 Dodge St Stop Code 3113, Omaha, Ne 68197-3113 |
| 5756130 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 11 2025 18:39:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 5756132 | + | Email/Text: cathyo@homeplusfinance.com | Dec 11 2025 18:39:00 | Homeplus Fin, 600 Lairport Street, El Segundo, CA 90245-5004 |
| 5765823 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 11 2025 18:40:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5759036 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com Dec 11 2025 18:39:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5756133 | + | Email/Text: bankruptcydept@kinecta.org | Dec 11 2025 18:40:00 | Kinecta Federal Credit Union, Attn: Bankruptcy, P.O. Box 10003, Manhattan Beach, CA 90267-7503 |
| 5756134 | + | Email/Text: Documentfiling@lciinc.com | Dec 11 2025 18:39:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 5756135 | + | Email/Text: bknotification@loandepot.com | Dec 11 2025 18:40:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 5756136 | | Email/Text: camanagement@mtb.com | Dec 11 2025 18:39:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5756143 | | Email/Text: EBN@Mohela.com | Dec 11 2025 18:39:00 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5756137 | + | Email/Text: Unger@Members1st.org | Dec 11 2025 18:39:00 | Members 1st FCU, Attn: Bankruptcy, Po Box 8893, Camp Hill, PA 17001-8893 |
| 5756138 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Dec 11 2025 18:47:24 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 5756139 | + | Email/PDF: cbp@omf.com | Dec 11 2025 18:47:23 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5756141 | + | Email/Text: bankruptcynotices@psecu.com | Dec 11 2025 18:40:00 | PSECU, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5756125 | | Email/Text: bankruptcy@swfin.com | Dec 11 2025 18:39:00 | College Ave Student Loan Servicing, LLC, College Ave, Attn: Bankruptcy, 233 N. King Street, Suite 400, Wilmington, DE 19801 |
| 5759170 | | Email/PDF: resurgentbknotifications@resurgent.com Dec 11 2025 18:47:10 | | Sofi Bank, N.A. (F.K.A. Golden Pacific Bank, N.A.), Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5756145 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2025 18:47:33 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 96506, Orlando, FL 32896-0001 |
| 5756144 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2025 18:46:57 | Syncb/car Care Pep B, Attn: Bankruptcy Dept, Po Box 965065, Orlando, FL 32896-5065 |
| 5756146 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2025 18:46:57 | Syncb/walmart, Po Box 71746, Philadelphia, PA 19176-1746 |
| 5756147 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2025 18:46:58 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5756148 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2025 18:47:32 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5756149 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2025 18:46:58 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5756150 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2025 18:47:32 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5756151 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2025 18:46:58 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5756153 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2025 18:47:22 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5756156 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2025 18:47:32 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5756157 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2025 18:47:33 | Synchrony Bank/Select Comfort, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 5756158 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2025 18:47:22 | Synchrony/Car Care, Attn: Bankruptcy Dept, Po Box 965065, Orlando, FL 32896-5065 |
| 5756159 | + | Email/Text: bncmail@w-legal.com | Dec 11 2025 18:39:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 5756160 | + | Email/Text: bncmail@w-legal.com | Dec 11 2025 18:39:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 5756161 | | Email/Text: bknotice@upgrade.com | Dec 11 2025 18:39:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 5756165 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Dec 11 2025 18:47:24 | Wells Fargo Bank NA, Attn: Bankruptcy, P.O.Box 393, Minneapolis, MN 55480-0393 |
| 5756166 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Dec 11 2025 18:46:58 | Wells Fargo Dealer Services, Credit Bureau Operations, Attn: Bankrupt, Mac D1127-028, Po Box 71092, Charlotte, NC 28272-1092 |
| 5756167 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Dec 11 2025 18:46:59 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Pob 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5756097 | *+ | Americhoice Fed Cr Uni, 20 Sporting Green Dr, Mechanicsburg, PA 17050-2392 |
| 5756098 | *+ | Americhoice Fed Cr Uni, 20 Sporting Green Dr, Mechanicsburg, PA 17050-2392 |
| 5756099 | *+ | Americhoice Fed Cr Uni, 20 Sporting Green Dr, Mechanicsburg, PA 17050-2392 |
| 5756101 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 5756103 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 5756107 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5756108 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5756109 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5756111 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5756112 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5756115 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5756116 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5756117 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5756118 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5756123 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 5756124 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |

| | | |
|---|---|---|
| 5756129 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 5756131 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1601 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1637, address filed with court:, Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 5759037 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5759159 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5759421 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5756142 | *+ | PSECU, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5756152 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5756154 | *+ | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5756155 | *+ | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5756162 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 5756163 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 5756164 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

TOTAL: 0 Undeliverable, 28 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 13, 2025 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad J. Julius | on behalf of Debtor 2 Melinda Sue Schneider cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Chad J. Julius | on behalf of Debtor 1 Donny M. Schneider cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

In re:

| | |
|---|---|
| Donny M. Schneider,<br>**Debtor 1**<br><br>Melinda Sue Schneider,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:25−bk−03173−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**January 7, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom 4B, 1501<br>N. 6th St, Harrisburg, PA 17102 | Date: January 14, 2026<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 11, 2025 |

ntcnfhrg (08/21)