# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYNVANIA

IN RE:                         :        CHAPTER 13
DONNY M. SCHNEIDER,        :
MELINDA SUE SCHNEIDER,     :        CASE NO: 1:25-bk-03173-HWV
     Debtor(s)                   :

## CERTIFICATE OF SERVICE

I, Chad J. Julius, with the firm of Jacobson, Julius & Harshberger hereby certify that on April 14, 2026, a true and correct copy of the ORDER CONFIRMING AMENDED CHAPTER 13 PLAN, pursuant to L.B.R 2002-1(e), was served by electronic means and/or first-class mail, postage prepaid on the following:

SEE ATTACHED MATRIX

Respectfully Submitted,

JACOBSON, JULIUS & HARSHBERGER

By: /s/ Chad J. Julius
Chad J. Julius

Date: April 14, 2026

Label Matrix for local noticing
0314-1
Case 1:25-bk-03173-HWV
Middle District of Pennsylvania
Harrisburg
Tue Apr 14 10:27:48 EDT 2026

LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Americhoice Fed Cr Uni
20 Sporting Green Dr
Mechanicsburg, PA 17050-2392

Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso, TX 79998-1535

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899-8801

Best Egg
Attn: Bankrupcty
Po Box 42912
Philadelphia, PA 19101-2912

Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One
Po Box 31293
Salt Lake City, UT 84131-0293

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC  28272-1083

(p)CENLAR FSB
425 PHILLIPS BLVD
EWING NJ 08618-1430

Chase Card Services
Attn: Bankruptcy
Po Box 15299
Wilmington, DE 19850-5299

Citi Card/Best Buy
Attn: Citicorp Cr Srvs Centralized Bankr
Po Box 790040
St Louis, MO 63179-0040

Citibank
Attn: Bankruptcy Department
P.O.Box 790046
St. Louis, MO 63179-0046

Citibank N.A.
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD  57108-5027

Citibank/NBT
Attn: Bankruptcy
Po Box 6500
Sioux Falls, SD 57117-6500

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790046
St Louis, MO 63179-0046

(p)SOUTHWOOD FINANCIAL LLC
ATTN ATTN BANKRUPTCY DEPARTMENT
45610 WOODLAND ROAD SUITE 440
STERLING VA 20166-4221

Comenity Bank/Lane Bryant CC
Comenity Bank, Bankruptcy Department
Po Box 182125
Columbus, OH 43218-2125

Comenity Capital
Attn: Bankruptcy
Po Box 182273
Columbus, OH 43218-2273

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

(p)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1637

Homeplus Fin
600 Lairport Street
El Segundo, CA 90245-5004

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Kinecta Federal Credit Union
Attn: Bankruptcy
P.O. Box 10003
Manhattan Beach, CA 90267-7503

LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587
LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lending Club
Attn: Bankruptcy
595 Market Street, Suite 200
San Francisco, CA 94105-5839

LoanDepot
Attn: Bankruptcy
26642 Towne Center
Foothill Ranch, CA 92610-2808

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

Members 1st FCU
Attn: Bankruptcy
Po Box 8893
Camp Hill, PA 17001-8893

Navient
Po Box 9500
Wilkes Barre, PA 18773-9500

Onemain
Po Box 1010
Evansville, IN 47706-1010

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PSECU
Attention: Bankruptcy
Po Box 67013
Harrisburg, PA 17106-7013

PSECU
PO BOX 67013
HARRISBURG, PA 17106-7013

Palmera Vaction Club
33 Office Park Road, Ste 219
Hilton Head Island, SC 29928-4655

Resurgent Capital Services as servicing agen
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Resurgent Receivables LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587

Resurgent Receivables LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587
Resurgent Receivables LLC
c/o Resurgent Capital Services  29603-0587

Sofi Bank, N.A. (F.K.A. Golden Pacific Bank,
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

Syncb/Old Navy
Attn: Bankruptcy
Po Box 96506
Orlando, FL 32896-0001

Syncb/car Care Pep B
Attn: Bankruptcy Dept
Po Box 965065
Orlando, FL 32896-5065

Syncb/walmart
Po Box 71746
Philadelphia, PA 19176-1746

Synchrony Bank/ Old Navy
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
P.O. Box 965065
Orlando, FL 32896-5065

Synchrony Bank/JCPenney
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Sams
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Sams Club
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Select Comfort
Attn: Bankruptcy
Po Box 965065
Orlando, FL 32896-5065

Synchrony/Car Care
Attn: Bankruptcy Dept
Po Box 965065
Orlando, FL 32896-5065

(p)TD BANK USA N A
C/O WEINSTEIN & RILEY P S
749 GATEWAY STE G601
ABILENE TX 79602-1196

Target
c/o Financial & Retail Srvs
Mailstop BT POB 9475
Minneapolis, MN 55440-9475

Target NB
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440-9475

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

(p)UPGRADE  INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422

Wells Fargo Bank NA
Attn: Bankruptcy
P.O.Box 393
Minneapolis, MN 55480-0393

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Dealer Services
Credit Bureau Operations, Attn: Bankrupt
Mac D1127-028, Po Box 71092
Charlotte, NC 28272-1092

Wells Fargo Jewelry Advantage
Attn: Bankruptcy
Pob 10438 Mac F8235-02f
Des Moines, IA 50306-0438

loanDepot.com, LLC
5465 Legacy Drive, Suite 400
Plano, TX 75024-3192

Chad J. Julius
Jacobson, Julius & Harshberger
8150 Derry Street
Harrisburg, PA 17111-5212

Donny M. Schneider
19 Wild Rose Lane
Mechanicsburg, PA 17050-1666

(p)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Melinda Sue Schneider
19 Wild Rose Lane
Mechanicsburg, PA 17050-1666

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
Attn: Bankruptcy
P.O.Box 15019
Wilmington, DE 19886

Cenlar
Attn: Bankruptcy
425 Phillips Blvd
Newark, NJ 08618

College Ave Student Loan Servicing, LLC
College Ave, Attn: Bankruptcy
233 N. King Street, Suite 400
Wilmington, DE 19801

Discover Financial
Attn: Bankruptcy
Po Box 30943
Salt Lake City, UT 84130

First National Bank of Omaha
1601 Dodge St Stop Code 3113
Omaha, Ne 68197-3113

(d)Fnb Omaha
Attn: Bankruptcy
P.O. Box 3128
Omaha, NE 68103

Jefferson Capital Systems LLC
PO Box 7999
St. Cloud, MN 56302-9617

(d)Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

M & T Bank
Attn: Bankruptcy
Po Box 844
Buffalo, NY 14240

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Sofi Lending Corp/MOHELA
Attn: Bankruptcy
633 Spirit Drive
Chesterfield, MO 63005

TD Bank USA, N.A.
C/O Weinstein & Riley, PS
749 GATEWAY, SUITE G-601
ABILENE, TX 79602

Upgrade, Inc.
Attn: Bankruptcy
275 Battery Street 23rd Floor
San Francisco, CA 94111

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)LOANDEPOT.COM, LLC

(d)LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587

End of Label Matrix
Mailable recipients     71
Bypassed recipients      2
Total                   73

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Donny M. Schneider, | Chapter 13 |
| **Debtor 1** | |
| Melinda Sue Schneider, | Case No. 1:25−bk−03173−HWV |
| **Debtor 2** | |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on February 20, 2026. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: April 1, 2026

orcnfpln(05/18)